# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DAVID ALAN COLE & KIMBERLY COLE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 1:23-cv-00327-JDL |

## WITHDRAWAL OF APPEARANCE OF JONATHAN T. WOY ONLY, AS CO-COUNSEL FOR DEFENDANT SIG SAUER, INC.

To the Clerk of this Court and all parties of record:

Please withdraw the appearance of Jonathan T. Woy **only** as co-counsel for defendant Sig Sauer, Inc. **Mark V. Franco**, Esq. of Drummond Woodsum and *pro hac vice* counsel (Kristen E. Dennison, Esq., and Brian Keith Gibson, Esq.) of Littleton Joyce Ughetta & Kelly LLP remain counsel of record for defendant Sig Sauer, Inc.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jonathan T. Woy
　　　　　　　　　　　　　　　　　　Jonathan Woy (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　LITTLETON JOYCE UGHETTA & KELLY LLP
　　　　　　　　　　　　　　　　　　4 Radnor Corporate Center, Suite 520
　　　　　　　　　　　　　　　　　　Radnor, Pennsylvania 19087
　　　　　　　　　　　　　　　　　　Tel: 484-254-6225
　　　　　　　　　　　　　　　　　　Fax: 484-276-5160
　　　　　　　　　　　　　　　　　　Jonathan.Woy@littletonjoyce.com

　　　　　　　　　　　　　　　　　　*Co-Counsel for Defendant Sig Sauer, Inc.*

Dated: August 8, 2024

2

CERTIFICATE OF SERVICE

    I, Jonathan T. Woy, Esquire, hereby certify that on this date a true and correct copy of the attached document was filed electronically on behalf of Defendant, SIG Sauer Inc., to be served on August 8th, 2024, via e-mail upon all counsel of record.

                                                          */s/ Jonathan T. Woy*
                                                          Jonathan T. Woy, Esquire
                                                          (admitted *pro hac vice*)