# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DAVID ALAN COLE and KIMBERLY COLE<br><br>*Plaintiffs,*<br>v.<br><br>SIG SAUER, INC.<br><br>*Defendants.* | Case No. 1:23-cv-00327-JDL |

## JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiffs, David Alan Cole and Kimberly Cole and Defendant, Sig Sauer, Inc., by and through their undersigned counsel, jointly move to extend the remaining case management deadlines, and in support thereof, states as follows:

This is a product liability matter in which Plaintiff, David Alan Cole, claims he was shot when his holstered duty issued Sig Sauer P320 was discharged after he executed a search warrant. The parties have made progress in discovery, have served several rounds of paper discovery, and have taken Plaintiffs depositions. In September, the Parties were made aware of body camera footage of Plaintiff's incident which necessitated additional depositions. Additionally, counsel for Plaintiffs and Defendant just completed a four-week trial in the matter of *Abrahams v. Sig Sauer,* that concluded on November 20, 2024, which significantly limited the parties capacity to undertake the additional discovery needed.

The parties have conferred and believe that the requested extension is necessary to allow both parties the time to complete fact discovery, exchange expert reports, and take expert depositions.

The Parties jointly request a 90-day extension of the remaining case management deadlines. The parties jointly propose the following amendments to the current deadlines.

| Deadline | Current | Proposed |
| --- | --- | --- |
| Fact Discovery | December 26, 2024 | March 21, 2025 |
| Plaintiff Expert Reports | October 28, 2024 | January 24, 2025 |
| Defendant Expert Reports | November 27, 2024 | February 21, 2025 |
| Dispositive Motions | January 16, 2025 | April 18, 2025 |

Respectfully submitted,

| | |
| --- | --- |
| **SALTZ MONGELUZZI & BENDESKY P.C.** | **LITTLETON JOYCE UGHETTA & KELLY LLP** |
| By: */s/ Robert W. Zimmerman* <br> Robert W. Zimmerman *Pro Hac Vice* <br> 1650 Market Street, 52nd Floor <br> Philadelphia, Pennsylvania 19103 <br> Tel: 267-297-2766 <br> rzimmerman@smbb.com <br><br> *Counsel for Plaintiffs* | By: */s/ Kristen Dennison* <br> Kristen Dennison *Pro Hac Vice* <br> 2460 N. Courtenay Pkwy, Ste 204 <br> Merritt Island, FL 32953 <br> Kristen.Dennison@littletonjoyce.com <br><br> *Counsel for Defendant* |