# Exhibit 17

SAFARILAND

October 21, 2005

**Safariland Duty Gear Service Bulletin**

**Re: Advisory for Handguns with Lights and/or Lasers Attached**

**PLEASE READ THIS IMPORTANT BULLETIN IN ITS ENTIRETY**

Safariland® has been manufacturing holsters for handguns with lights mounted to them for over 10 years. The need for this application with the Law Enforcement, SWAT and military communities has grown into a requirement to include lasers as well as lights for duty applications.

At Safariland, we design all of our holsters to meet the rigorous standards we have set for function, reliability, security, ease of re-holstering along with the ability to obtain a shooting grip before the draw.

The design of a duty or tactical holster demands the existence of an opening large enough to allow the holstering of a given weapon, as well as any other equipment affixed to it. This can include custom grips, extended safeties, sights, de-cock levers, extended magazine releases, lights, lasers, etc.

Ultimately, the design for the opening of the holster is required to be slightly larger than the pistol accessory or light attached to it. Currently, there are many light/pistol/holster combinations on the market. The holster design is driven by the dimensions of the handgun and attached light and/or laser.

In the same manner that an agency would test, evaluate and approve a duty holster for retention capabilities, Law Enforcement agencies have the responsibility to evaluate and approve any modification to their duty handgun (including the addition of a light or laser), to ensure the weapon and holster are still operable in a safe manner that meets their requirements. Please be aware that handguns with lights mounted to them create a necessarily large opening in the holster that could possibly allow access to the trigger of the holstered handgun.

For further information regarding “How to Evaluate a Holster” along with “Levels of Retention”, please review our training video TV-1027 (TV-1037 in PAL format). Customer Service would be happy to ship one to you at no charge.

Thank you for your interest in Safariland holsters.