UNITED STATES DISTRICT COURT
DISTRICT OF STATE

| | |
|---|---|
| DAVID ALAN COLE & KIMBERLY COLE,<br><br>Plaintiffs<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant | CIVIL ACTION NO.: 1:23-cv-00327-LEW |

### NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFFS

In accordance with Federal Rule of Civil Procedure, Attorney Joseph G.E. Gousse and Berman & Simmons pursuant to the District of Maine Local Rule 157.5(b) and hereby notifies the Court of their withdrawal as counsel for Plaintiffs, David Alan Cole and Kimberly Cole from this case.  Attorney Michael T. Bigos of Bigos Law will continue his representation of Plaintiffs, David Alan Cole and Kimberly Y. Cole.

Dated:  March 3, 2026

/s/ Joseph G.E. Gousse
Joseph G.E. Gousse, Esq.
Maine Bar No. 5601
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
jgousse@bermansimmons.com
Attorney for Plaintiffs
David Alan Cole & Kimberly Cole

CERTIFICATE OF SERVICE

     I hereby certify that on this date, I electronically filed Notice of Withdrawal as Counsel for Plaintiffs with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Dated: March 3, 2026

                                        /s/ Joseph G.E. Gousse
                                        Joseph G.E. Gousse, Esq.