**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

DAVID ALAN COLE and          )
KIMBERLY COLE,               )
                             )
       Plaintiffs,         )
                             )     Case No. 1:23-cv-00327-LEW
       v.                  )
                             )
SIG SAUER, INC.              )
                             )
       Defendant.          )

**JOINT MOTION TO CONTINUE TRIAL**

NOW COME the parties, by and through undersigned counsel, and hereby move for a continuance of the trial scheduled to start on June 3, 2026.

1. This products liability case is presently on the Court's June 2026 Civil Trial List. The parties estimate that it will take two weeks to complete the trial of the case.

2. Both undersigned counsel Kristen Dennison and Defendant Sig Sauer, Inc. will be in trial beginning June 15, 2026. *(Thomas R. Ahern v. Sig Sauer, Inc., and City of Cambridge, NO. 1:21-cv-11007-DJC).*

3. Local counsel for the Defendant, Martha Gaythwaite, will be in trial beginning June 8, 2026. *(Joseph Noonan v. Robert Hurtubise, Individually & d/b/a 101 Mini Storage, 2285CV01413).*

4. Counsel for Plaintiff, Robert Zimmerman, will be on his honeymoon from June 4, 2026, through June 18, 2026.

5. The parties can provide further detail in support of this Motion and conflicting commitments at the request of the Court.

6. In the hope that it could be of assistance to the Court, counsel have conferred with prospective witnesses and have identified the dates of July 14, 2026, through July 24, 2026 as a time period when counsel, the parties and the witnesses are all available. Alternatively, the parties can be available for a status conference with the Court to discuss a new trial date.

WHEREFORE, Plaintiffs David Alan and Kimberly Cole and Defendant Sig Sauer Inc. respectfully request that the trial be continued from the June Trial list

April 10, 2026                                    Respectfully submitted,

*/s/ Robert W. Zimmerman*
Robert W. Zimmeman, Pro Hac Vice
Ryan D. Hurd, Pro Hac Vice
Samuel A. Haaz, Pro Hac Vice
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 496-8282
rzimmerman@smbb.com
rhurd@smbb.com
shaaz@smbb.com

**BERMAN & SIMMONS, P.A.**
Michael T. Bigos, Esq.
129 Lisbon Street, P.O. Box 961
Lewiston, ME 04243-0961
207-784-3576
Bigosservice@bermansimmons.com

*Attorneys for Plaintiffs David and Kimberly Cole*

*/s/ Martha C. Gaythwaite*
Martha C. Gaythwaite, Maine Bar No. 2811
Verrill Dana, LLP
One Portland Square
Portland, ME 04101

Telephone: (207) 253-4650
mgaythwaite@verrill-law.com

*/s/ Kristen E. Dennison*

Kristen E. Dennison, Pro Hac Vice
Littleton Joyce
2460 N. Courtenay Parkw, Ste. 204
Merritt Island, FL  32953
Telephone: (321) 574-0280
kristen.dennison@littetonjoyce.com

*Attorneys for Sig Sauer, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date indicated below I caused a copy of the foregoing pleading to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

Date: April 10, 2026

*/s/ Martha C. Gaythwaite*
Martha C. Gaythwaite, Maine Bar 2811
Verrill Dana, LLP
One Portland Square
Portland, ME 04101
Telephone: (207) 253-4650
mgaythwaite@verrill-law.com

*Attorney for Sig Sauer, Inc.*

4

29656114_1