# EXHIBIT A

# to Sig Sauer, Inc's

# Motion *in Limine* No. 11

| | Title: **Failure Modes, Effects and Criticality Analysis (FMECA)** | Document No: MHS CDRL A007 | Revision Level: - |
|---|---|---|---|
| **SIG SAUER** *when it counts* | | | |
| Author:  Ed Murphy | | | Page 1 of 2 |

*This is a controlled document. Only the latest revision which appears in the company database may be used as a working document. Printed copies are uncontrolled.  It is the responsibility of the user to verify prior to use.*

## 1) Introduction

The purpose of this document is to provide an evaluation of the safety hazards associated with test or operation of the handgun products of the Modular Handgun System (MHS) Contract W15QKN-17-D-0016.  This Failure Modes, Effects and Criticality Analysis (FMECA) fulfills the requirements of Contract Data Requirements List (CDRL) Item A007, and is intended to be used in conjunction with References B through E.  It is noted that the ammunition component is addressed separately.

NOTE: For purposes of this document, the term "MHS" refers to both M17 (Full-size) and M18 (Compact-size) variants.

## 2) References
A. MIL-STD-882E, Department of Defense Standard Practice, System Safety
B. CDRL A003, System Safety Hazard Analysis Report (SSHAR)
C. CDRL A004, System Safety Program Plan (SSPP)
D. CDRL A005, Health Hazard Assessment Report (HHAR)
E. CDRL A006, Critical Safety Item, Characteristics and Critical Defect Report

## 3) Approach
This evaluation uses the process described in Reference A and the 8-step safety system process discussed in both References A and C.  It consists of potential failure modes (which results in a loss of function or realization of a hazard), the potential cause(s) of each failure and associated probability, potential effect(s) of each failure and associated severity, and the resultant risk assessment code (RAC).  From that, recommended actions are determined, along with responsibility for those actions.  After the actions are completed, the residual RAC is calculated.

## 4) System description
The MHS handguns are semi-automatic, magazine fed, striker-fired firearms. They feature a unique safety system, making them the most operator-safe striker duty pistols on the market today. It is not possible to accidentally fire the firearm during disassembly. The night sights, in conjunction with the ergonomically correct grip, ensure rapid target acquisition and engagement, even under poor lighting conditions. An ambidextrous slide release and reversible magazine release allow for optimal control by right or left-handed shooters. An M1913 accessory rail is integrated into the grip module, to facilitate the attachment of tactical accessories.  The closed design of the firearm helps keep dirt and other debris from entering, ensuring proper function in harsh environmental conditions. It consists of four main subassemblies:
- Slide and barrel assembly
- Serialized stainless steel receiver assembly
- Polymer grip module
- Magazine assembly



SIG-ARMY 00000412

| | Title:<br>**Failure Modes, Effects and Criticality Analysis (FMECA)** | Document No:<br>MHS CDRL A007 | Revision Level:<br><br>- |
|---|---|---|---|
| Author:   Ed Murphy | | | Page 2 of 2 |

This is a controlled document. Only the latest revision which appears in the company database may be used as a working document. Printed copies are uncontrolled.  It is the responsibility of the user to verify prior to use.

From a product safety standpoint, the MHS handguns feature a three point takedown safety system.

- Takedown Safety Lever - Prevents disassembly with a magazine inserted. The takedown lever will not rotate.
- Takedown Lever – Disconnects the sear from the striker pin when rotated to the disassembly notch. The takedown lever will only rotate with the slide locked to the rear, allowing visual inspection that a round is not chambered, and allows disassembly without tools or trigger manipulation.
- The striker pin is not energized with the slide to the rear.

In addition, the manual safety prevents firing when engaged.

Further complementary information on systems safety and health hazards associated with the MHS may be found in References B through D, respectively.

5)  The FMECA in Appendix A contains the details of this CDRL. As with all FMECA's, this is a "living" document, intended to be updated as further risk mitigation takes place or new potential failure modes are identified.

6)  Conclusion

The MHS presents no new health or safety hazards to the soldier, trainer, or environment when compared to the systems currently fielded and intended to be replaced. Existing facilities, personnel protective equipment, and safety protocols will be compatible with use of the MHS and will be effective in ensuring the safety of the user. The MHS will reduce the opportunity for accidental injury through ease of use and simple controls, superior ergonomic features, and a unique disassembly safety feature that eliminates the possibility of accidental discharge during user level maintenance.  All potential failure modes have been addressed to bring residual risk to no greater than medium, and will continue to be reviewed to further reduce or eliminate.

7)  Attachments
   A.  SigSauer MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA)

8)  Revision History

| Date of Revision | Revision Level | Revision Purpose or Description | Author |
|---|---|---|---|
| 2/16/17 | - | Initial Issue for MHS Program | E. Murphy |

HIGHLY CONFIDENTIAL

SIG-ARMY 00000413

CDRL Item A007
W15QKN-17-D-0016

**MHS Pistol Failure Modes, Effects, and Criticality Analysis (FMECA)**

Reference: MIL-STD-882E

| Potential Failure Mode (results in a loss of "Function" or | Potential Cause of Failure (Prob of Occurrence) | O | Potential Effect of Failure (Severity - Function) | S | Risk Assessment Matrix Level | Recommended Actions | Responsibility | Target Completion Date (MM/DD/YY) | Action Taken (P320) | O | S | Risk Assessment Matrix Level |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pistol accidentally / unintentional discharges | Accidental trigger pull (Operator error) Finger on trigger | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1) P320 minimum trigger pull is set to maximize trigger control without adversely effecting accuracy. 2) Adherence to range safety rules will preclude injury in the event of an accidental discharge. There is also a manual safety to further reduce probability of occurrence. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Accidental trigger pull (Foreign Object) | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1)The P320 trigger is effectively guarded to prevent snags on uniform, gear, or other objects. Manual safety also further reduces probability of occurrence. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Improperly clearing before takedown/cleaning & maintenance | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 takedown process has several attributes that prevent accidental discharge. 1. The slide must be locked to the rear to turn the takedown lever. 2. The magazine must be removed to turn the takedown lever. (This prevent chambering a round inadvertantly during disassembly.) 3. The takedown lever safety disengages the trigger and sear from the striker to prevent energizing of the firing pin. A round intentionally inserted in the chamber during disassembly cannot be fired. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Impact to weapon (dropped, bumped, vibration) | C | Kill person unintentionally | 1 | High | See P320 actions. | 1) Sig Engineering | 1) Complete | The Firing mechanism of the P320 is designed to prevent release of the striker in a drop or during transportation. In case of a failure of the sear to striker interface, it has a redundant striker safety that blocks striker travel unless the trigger is pulled. The P320 will pass drop safety testing IAW AR-PD-177. It will pass loose cargo testing with the safety on or off. The P320 has passed drop safety testing IAW TOP 3-2-045 and NATO STD AC225 D14 without a manual safety, however failed customer drop testing (notified 2/1). | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Slide ignites primer during closing, firing pin inertia | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | During the cycle of operation, the sear engages the striker preventing forward motion of the striker and contact with the primer. The trigger must be reset and pulled in order to release the striker. In additon, the P320 has been tested with the sear disabled to prove that the striker inertia is not sufficient to cause the primer to ignite. | F | 1 | Eliminated |
| Multishot failure | Excessive firing pin inertia | C | Kill person unintentionally | 1 | High | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | During the cycle of operation, the sear engages the striker preventing forward motion of the striker and contact with the primer. The trigger must be reset and pulled in order to release the striker. In additon, the P320 has been tested with the sear disabled to prove that the striker inertia is not sufficient to cause the primer to ignite. | F | 1 | Eliminated |
| Multishot failure | Incidental trigger pull due to not enough trigger over travel or trigger reset distance | C | Kill person unintentionally | 1 | High | See P320 Actions. | 1) Sig Engineering | 1) Complete | The P320 minimum trigger pull, reset distance, and overtravel are intentional design characteristics intended to provide optimum trigger control and to minimize the likelihood of inadvertent multiple shots due to "bump fire". | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Accidental trigger pull Holstering/unholstering (Operator Error) | D | Injury | 2 | Medium | Training. Users should develop familiarity with pistol and holster prior to live fire. Proper technique includes keeping finger out of trigger guard except when firing. | 1) User | 1) TBD | See recommendations. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Striker mechanical failure | E | Kill person unintentionally | 1 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has a striker safety that prevents striker contact with the primer in the unlikely event of failure of the Striker/Sear interface. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Unsafe hammer decock | D | Kill person unintentionally | 1 | Serious | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 is hammerless and has no decocking operation. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Accidental trigger pull while clearing of stoppage. | D | Kill person unintentionally | 1 | Serious | Training. Users should develop familiarity with pistol and proper handling procedures per FM 3-23.35. and the user's manual. Proper technique includes keeping finger out of trigger guard except when firing. | 1) User | 1) TBD | See recommendations. | E | 1 | Medium |
| Pistol accidentally / unintentional discharges | Slide ignites primer, during feeding | D | Kill person unintentionally | 1 | Serious | 1) See P320 Actions. 2) Training | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 has a chamfered hammer ramp. There are no sharp edges capable of igniting a primer. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | Broken firing pin, stuck in firing position. | D | Kill person unintentionally | 1 | Serious | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has a striker return spring that resets the striker position behind the striker safety. In addition, during the action of the slide going into battery, the sear engages the striker. In the event of a striker wedged in the slide bore with tip protruding, the pistol cannot close. | E | 1 | Medium |
| Multishot failure | Sear fails to retain striker | D | Kill person unintentionally | 1 | Serious | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 is designed with a negative sear angle and dual sear springs to ensure that once engaged, the sear will not release the striker unless the trigger is reset and pulled. | E | 1 | Medium |
| Multishot failure | Incidental trigger pull due to Light trigger pull | D | Kill person unintentionally | 1 | Serious | 1) See P320 Actions. 2) Train in accordance with operator's manual and FM 3-23.35 | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 minimum trigger pull, reset distance, and overtravel are intentional design characteristics intended to provide optimum trigger control and to minimize the likelihood of inadvertent multiple shots due to "bump fire". | E | 1 | Medium |
| Weapon fails to contain firing pressure | Damaged or corroded part | D | Injury to shooter or bystander | 3 | Medium | 1) See P320 actions. 2) Maintain pistols IAW with operator's and maintenance manuals.3) Visually inspect for condition prior to use. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 incorporates corrosion resistant materials and coatings in the design. Manuals provide instruction on proper preservation, inspection, and maintenance to prevent loss of integrity through damage or corrosion. | F | 3 | Eliminated |

Case 1:23-cv-00327-JCN   Document 123-1   Filed 06/05/26   Page 5 of 5   PageID #: 5852

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon fails to contain firing pressure | Barrel obstructed | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been designed and validation tested to withstand firing of ball and special purpose rounds with the barrel is obstructed by a bullet. Pressure was contained and there was no evidence of risk of injury to the user. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Non-conforming part | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | All P320s have been tested for resistance to high pressure by firing a high pressure test cartridge conforming to SAAMI-Z299.3 with out failure or damage to the pistol. All barrels will be proof tested during production to the same degree. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Too much pressure | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | All P320s have been tested for resistance to high pressure by firing a high pressure test cartridge conforming to SAAMI-Z299.3 with out failure or damage to the pistol. All barrels will be proof tested during production to the same degree. In addition, bore obstruction testing creates an overpressure condition which did not result in risk of injury to the shooter. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Not enough barrel strength | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | All P320s have been tested for resistance to high pressure by firing a high pressure test cartridge conforming to SAAMI-Z299.3 with out failure or damage to the pistol. All barrels will be proof tested during production to the same degree. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Metal fatigue | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been validation tested to 35,000 rounds with no loss of structural integrity. Tests pistols were still able to withstand firing pressures. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Slide ignites primer | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has a chamfered hammer ramp. There are no sharp edges capable of igniting a primer. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Excessive temperature | E | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been tested at 160 deg F without failure of cartridge case or barrel. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Insufficient case support | C | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 provides adequate case support to prevent case failure including HPT cartridges, high temperatures, and obstructed bore conditions. This has been proven through validation testing. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture ,Fires out of battery | D | Injury to shooter or bystander | 3 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 cannot fire out of battery because the striker is not energized enough to ignite a primer until after the slide and barrel have reached a locked position. | F | 3 | Eliminated |
| Weapon fails to contain firing pressure | Case Rupture, defective ammunition | C | Injury to shooter or bystander | 3 | Medium | 1) See P320 actions. 2) Wear safety glasses. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1) The P320 has been tested with ammunition modified to cause a failure of the cartridge case. The pistol was damaged and the extractor was dislodged. 2) Risk of injury to the shooter is mitigated by use of safety glasses. | E | 3 | Medium |
| Pistol accidentally / unintentional discharges | High heat COOK OFF | E | Kill person unintentionally | 1 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been fired 250 rounds in rapid fire without pause to reload magazines and a round left in the chamber. Cook-off did not occur. | F | 1 | Eliminated |
| Pistol accidentally / unintentional discharges | High heat ENVIRONMENTAL | E | Kill person unintentionally | 1 | Medium | See P320 actions. | 1) Sig Engineering | 1) Complete | The P320 has been conditioned to 160 deg F without discharge (with pistol and loaded magazines). | F | 1 | Eliminated |
| Inherent hazards with firearm | Hot components | B | Burns | 4 | Medium | 1) See P320 actions. 2) Training and PPE. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | The P320 cannot reach temperatures that can cause permanent injury due to burns when fired with the basic load of 1 standard and two extended capacity magazines. However, prolonged firing can produce such temperatures. Under such conditions, personnel should be cautioned to touch only the grip and controls or to wear gloves. | C | 4 | Low |
| Inherent hazards with firearm | Hot Casing | B | Burns | 4 | Medium | 1) See P320 actions. 2) Training and PPE. | 1) Sig Engineering 2) User | 1) Complete 2) TBD | 1)The P320 is designed so casings are ejected away from shooter. 2) Range firing lanes should be seperated and personnel on the firing line should wear eye protection. | C | 4 | Low |
| Inherent hazards with firearm | Loud noise | A | Hearing Loss | 4 | Medium | The P320 meets the noise threshold of Ar-PD-177. Personnel should use hearing protection or silencer kit during live fire. | 1) Sig Engineering | 1) Complete | Standard hearing protection, such as ear plugs with a noise reduction rating (NRR) 32 should be used IAW manufacturer's instructions. | C | 4 | Low |
| Inherent hazards with firearm | Recoil | B | Repetitive motion injuries | 4 | Medium | Repetitive stress from firing can cause injury. However, this is dependent on the individual and typically will not happen unless frequent, extended live fire training is done. | 1) Sig Engineering | 1) Complete | The P320's superior ergonomics, including the interchangeable grip sizes, allows a natural grip making the inherent recoil of pistol ammunition more comfortable. | B | 4 | Medium |
| Inherent hazards with firearm | Improper disassembly and re-assembly | B | Improper function of firearm | 2 | High | a) Employ takedown lever b) Training | 1) Sig Engineering 2) User | 1) Complete 2) TBD | P320 design employs takedown lever screw and tamper resistant extractor pin which prevents disassembly beyond field stripping. Disassembly beyond field strip requires special tools at the armorer level. | D | 2 | Medium |
| Inherent hazards with firearm | Night Sight vials break | D | Tritium gas escapes and is inhaled | 4 | Low | a) See P320 actions. B)  Avoid direct inhalation | 1) Sig Engineering 2) User | 1) Complete 2) Complete | a)Tritium (which itself emits low energy beta radiation) enclosed in borosilicate glass vial, which is then silicone potted in aluminum sleeving, which is then cushioned with the metal body with additional potting.  Sights have passed NRC NUREG environmental testing. b) PSDS specifies to avoid inhalation and ventilate area | D | 4 | Low |

Dated: 16 Feb. 2017

Page 2 / 2