# EXHIBIT C

# to Sig Sauer, Inc's

# Motion *in Limine* No. 11

AR-PD-177
CAGE Code: 19200
17 December 2015

PURCHASE DESCRIPTION

MODULAR HANDGUN

U.S. Army Armament Research, Development and Engineering Center (ARDEC)
Picatinny, NJ 07806-5000

Prepared by
ARDEC Quality Engineering and Systems Assurance (QESA)
Small & Medium Caliber Weapons – RDAR-EIQ-WC

This purchase description is confirmed to be a performance-based product description in accordance with the criteria of MIL-STD-961E and applicable Army guidance by the ARDEC Standardization Branch Manager. Copies of the signatures of authorizing authorities are on file and available upon request from the Preparing Activity.

AMSC N/A                                                                                   FSC 1005

DISTRIBUTION STATEMENT D

Distribution authorized to the Department of Defense and U.S. DoD contractors only to safeguard critical technology as determined on 20 March 2014. Other requests for this document shall be referred to the Office of the Project Manager for Soldier Weapons, ATTN: SFAE-SDR-SW, Picatinny, NJ 07806-5000.

WARNING - This document contains technical data whose export is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979, as amended, Title 50, U.S.C., App. 2401 et seq. Violations of these export laws are subject to severe criminal penalties. Disseminate in accordance with provisions of DoD Directive 5230.25.

DESTRUCTION NOTICE: For classified documents, follow the procedures in DoD 5220.22-M, Industrial Security Manual, Section 11-19 or DoD 5200.1-R, Information Security Program Regulation, Chapter IX. For unclassified, limited documents, destroy by any method that will prevent disclosure of contents or reconstruction of the document.

This page must be part of the solicitation copy.

A-1

b.   If the MH has an exposed hammer that stays in the cocked position, the weapon shall have a de-cocking mechanism that safely lowers the hammer and automatically returns the handgun to a double action type mode (T).

c.   The MH shall have a modular action mechanism that allows reconfiguration, (double/single-action and double-action only types (including striker fired) and may also include proprietary or company specific terms for action types) within 20 minutes, including function check, at the unit level by Combat Arms personnel (small arms repairmen) using common tools described in section 6.7. This shall require no modification to the weapon's major assemblies (O).

   3.4.4   <u>Safety mechanisms</u>.

a.   The MH shall have an internal safety mechanism that prevents the loaded cartridge from firing when the handgun is dropped in accordance with TOP 3-2-045.

b.   The MH shall have an internal safety mechanism that mechanically prevents the firing pin/striker from contacting the cartridge primer unless the trigger is purposely pulled.

c.   The MH shall have an external, manually operated safety control (switch/button/lever) which can be operated with the firing hand (T).

d.   Exterior safeties/de-cocking levers shall be removable and not located on the slide (O).

e.   The external, manual safety shall be capable of being located on either side of the frame for operation with either hand (T). The external, manual safety shall be ambidextrous or capable of being configured to be ambidextrous (O).

f.   The safety mechanism(s) shall prevent the firing of a chambered cartridge when (i) the external manual safety is activated and the trigger is pulled and (ii) the de-cocking lever is activated on a cocked handgun (T).

g.   The MH shall have a visual and tactile indication that there is or is not a cartridge present in the chamber (T).

   3.4.5   <u>Sights</u>.

a.   The MH shall facilitate rapid and accurate sight picture.
b.   The MH shall have removable low light self-illuminating sights (T). The Low light self-illuminating sights must provide a day and night capability that allows the shooter to identify the proper sight alignment in lighting conditions representative of a moonless, overcast night sky without night vision enablers to full daylight with direct sunlight (T).
c.   The sights shall be optimized for snag-resistant rapid deployment.
d.   The sights shall be sufficiently rugged to handle battlefield use and maintain zero within 16 MOA (T) and 8 MOA (O).
e.   The sights shall be drift-adjustable for windage.
f.   The MH shall have sights which are adjustable without modification to the handgun.
g.   Sights shall be removable and replaceable with common tools at the organizational level in accordance with applicable maintenance manuals.
h.   ***Deleted***
i.   The sight shall not require batteries (T).

6