# EXHIBIT D

# to Sig Sauer, Inc's

# Motion *in Limine* No. 11

N<sup>th</sup>-Level, LLC
219 Enterprise Drive
Elizabethtown, KY 42701
270.307.9996
dereklw@nth-level.com



**David Alan Cole & Kimberly Cole v. SIG Sauer, Inc.**
**Expert Report – Design, Manufacturing and Functionality Expert Report**
Prepared by:  Derek Watkins
Date:  02/21/2025



Figure 1.1: Subject SIG Sauer P320, 9mm (SN: 58J238564)

## 1.    Introduction & Incident Background

This report is with respect to the matter of David Alan Cole & Kimberly Cole v SIG Sauer, Inc.  According to the allegations of the Complaint, David Alan Cole was a detective with the Somerset County Sheriff's Department in Maine, and while on duty his holstered, department issued side arm, a SIG Sauer P320 pistol, discharged unintentionally on May, 4, 2022.  The discharged bullet that struck Mr. Cole in his upper right thigh and lodged in his right ankle.  The complaint also states Mr. Cole was carrying his jacket in both his hands at the time of the discharge.

Law enforcement video footage of Mr. Cole exists prior to and after the incident.  Multiple officers were at the scene when the shooting occurred, but there were no direct witnesses or video of the incident discharge.  Prior to the discharge, the video shows Mr. Cole to be

| Potential Failure Mode (results in a loss of "Function" or realization of a hazard) | Potential Cause of Failure (Prob of Occurrence) | SIG P320 (MHS) | | | Glock (MHS) | | | Smith & Wesson (MHS) | | | Participants: Derek Watkins, Eric Warren |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | O | S | Risk Assessment Matrix Level | O | S | Risk Assessment Matrix Level | O | S | Risk Assessment Matrix Level | Comparison Reasoning |
| Pistol accidentally / unintentional discharges | Accidental trigger pull (Operator error) Finger on trigger | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols utilize manual thumb safeties. Otherwise, all three pistols are designed to discharge if the pistol is loaded, cocked and the trigger is actuated. All three pistols can be discharged due to a finger on the trigger combined with operator error. No data exists to quantify a probability of occurrence between the pistols. A probability of "Improbable/E" was assigned because the operator my fail to engage the manual thumb safety. |
| | Accidental trigger pull (Foreign Object) | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols utilize manual thumb safeties. Otherwise, all three pistols are designed to discharge if the pistol is loaded, cocked and the trigger is actuated. All three pistols can be discharged by a foreign object. No data exists to quantify a probability of occurrence between the pistols. A probablility of "Improbable/E" was assigned because the operator my fail to engage the manual thumb safety. |
| | Improperly clearing before takedown/cleaning & maintenance | F | 1 | Eliminated | E | 1 | Medium | E | 1 | Medium | The SIG P320 can only be disassembled once the takedown lever has de-energized the striker. The S&W has an internal de-energizer lever that the operator may fail to employ when disassembling the pistol, i.e. the operator may pull the trigger to disassemble the pistol. The Glock requires the trigger to be pulled for disassembly. An argument for the probability of "Remote/D" could be made against the Glock, as documented instances of people improperly clearing the gun (pulling the trigger while the gun is loaded during disassembly) exist, but currently quantitative statistics are unavailable. |
| | Impact to weapon (dropped, bumped, vibration) | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols are equipped with trigger safeties or trigger system safeties, that passed the same solicitation drop tests. |
| | Slide ignites primer during closing, firing pin inertia | F | 1 | Eliminated | F | 1 | Eliminated | F | 1 | Eliminated | All three pistols are quipped with a passive striker block safety system. The SIG Sauer P320 is also equipped with a secondary/redundant sear engagement surface. |
| | Striker mechanical failure | F | 1 | Eliminated | F | 1 | Eliminated | F | 1 | Eliminated | All three pistols are quipped with a passive striker block safety system. The SIG Sauer P320 is also equipped with a secondary/redundant sear engagement surface. |
| | Unsafe hammer decock | F | 1 | Eliminated | F | 1 | Eliminated | F | 1 | Eliminated | None of the three pistols are quipped with a hammer. |
| | Accidental trigger pull while clearing of stoppage. | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | Actuation of the manual thumb safety does not require the pistol to be cocked. Therefore, before the stoppage is cleared, the manual thumb safety can be placed in the "ON/SAFE" position. A probablility of "Improbable/E" was assigned because the operator my fail to engage the manual thumb safety. |
| | Slide ignites primer, during feeding | F | 1 | Eliminated | F | 1 | Eliminated | F | 1 | Eliminated | All three pistols employ slides that do not contain sharp edges capable of igniting a primer during the feeding process. |
| | Broken firing pin, stuck in firing position. | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols employ striker spring incapable of applying force to the striker when the striker is in the full discharge position. Therefore, if the striker were to fracture, the firing pin tip end of the striker would not be energized by the spring due to the spring's interaction with the slide. |
| | High heat COOK OFF | F | 1 | Eliminated | F | 1 | Eliminated | F | 1 | Eliminated | All three pistols have similar thermal mass properties, an indirect product of the solicitation. |
| | High heat ENVIRONMENTAL | F | 1 | Eliminated | F | 1 | Eliminated | F | 1 | Eliminated | All three pistols have similar thermal mass properties, an indirect product of the solicitation. |
| Multishot failure | Excessive firing pin inertia | F | 1 | Eliminated | F | 1 | Eliminated | F | 1 | Eliminated | All three pistols utilize sear override trigger mechanisms and have passive striker block safeties |
| | Incidental trigger pull due to not enough trigger over travel or trigger reset distance | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols use dedicated disconnector mechanisms and employ equivalent trigger pull actuation forces. |
| | Accidental trigger pull Holstering/unholstering (Operator Error) | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols utilize manual thumb safeties. Otherwise all three pistols are designed to discharge if the pistol is loaded, cocked and the trigger is actuated. |
| | Sear fails to retain striker | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols employ a sear override trigger mechanism that creates an engagement regain torque vector via the engagement between the sear and striker. |
| | Incidental trigger pull due to Light trigger pull | E | 1 | Medium | E | 1 | Medium | E | 1 | Medium | All three pistols are designed to discharge with the trigger actuation force designated in the military solicitation. |
| Weapon fails to contain firing pressure | Damaged or corroded part | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | Required and verified per the solicitation test procedures |
| | Barrel obstructed | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | Required and verified per the solicitation test procedures |
| | Non-conforming part | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | Required per the solicitation and conforms to SAAMI-Z299.3 |
| | Too much pressure | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | Required per the solicitation and conforms to SAAMI-Z299.3 |
| | Not enough barrel strength | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | Required per the solicitation and conforms to SAAMI-Z299.3 |
| | Metal fatigue | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | Required and verified per the solicitation test procedures |
| | Case Rupture ,Slide ignites primer | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | All three pistols are quipped with a passive striker block safety system. The SIG Sauer P320 is also equipped with a secondary/redundant sear engagement surface. |
| | Case Rupture ,Excessive temperature | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | All three pistols have similar thermal mass properties, an indirect product of the solicitation. |
| | Case Rupture ,Insufficient case support | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | All three pistols use similar NATO derivative chamber designs. |
| | Case Rupture ,Fires out of battery | F | 3 | Eliminated | F | 3 | Eliminated | F | 3 | Eliminated | Required per the solicitation. All three pistols use dedicated disconnector mechanisms. |
| | Case Rupture, defective ammunition | E | 3 | Medium | E | 3 | Medium | E | 3 | Medium | Rate of exposure to defective ammunition is dictated by the ammunition. Therefore, the probability of exposure would be the same for each firearm manufacturer. |
| Inherent hazards with firearm | Hot components | C | 4 | Low | C | 4 | Low | C | 4 | Low | Given similar thermal mass properties and the functionality between pistols, the probability and severity of exposure should be equivalent between all three pistols. |
| | Hot Casing | C | 4 | Low | C | 4 | Low | C | 4 | Low | Given similar thermal mass properties and the functionality between pistols, the probability and severity of exposure should be equivalent between all three pistols. |
| | Loud noise | C | 4 | Low | C | 4 | Low | C | 4 | Low | Given similar functionality between pistols, the probability and severity of exposure should be equivalent between all three pistols. Physics dictates similar barrel designs and lengths equals similar sound signatures. |
| | Recoil | B | 4 | Medium | B | 4 | Medium | B | 4 | Medium | Given similar functionality between pistols, the probability and severity of exposure should be equivalent between all three pistols. Physics dictates similar barrel designs and lengths induce similar recoil characteristics. |
| | Improper disassembly and re-assembly | D | 2 | Medium | D | 2 | Medium | D | 2 | Medium | At the field strip level, the removable components are Poka-yoked. Of the three designs, the Glock is the only design that requires a trigger pull for disassembly. The potential for discharge during disassembly is evaluated seperately above. |
| | Night Sight vials break | D | 4 | Low | D | 4 | Low | D | 4 | Low | All three designs use aftermarket night sights that employ a metal body. |

Figure 10.3:  Comparative FMEA of the Big Three Competitors in the MHS Solicitation

_____

N^th-Level, LLC