# EXHIBIT E

## to Sig Sauer, Inc's

## Motion *in Limine* No. 11

# FOG HORN

*A Twobirds Flying Publications*
*Copyright 2024*



Home    About Us    Contact Us    Industry Partners

← Team USA & Proof Research Win Gold at 2017 IPSC Rifle World Shoot                ShellTech, Announces Plant Opening in Kentucky →

## GLOCK Releases Images of Its MHS Submission

Posted on Friday, 30 June, 2017 by twobirdsflyingpub

After loosing its protest, Glock Inc. has released photos of two pistols the company submitted for consideration in the U.S. Army's XM17 Modular Handgun System Competition. The company submitted to models the Glock 19 MHS in 9mm & Glock 23 MHS in .40 S&W both pictured below. Two things to note is the external safety and the lanyard loop.

It's to soon to assess if there were any internal tweaks but we'll keep you posted as more information becomes available.









**Share this:**

Share 2    X Post    Print    Email    More

Reblog    Like    1 like

This entry was posted in pistols and tagged Glock, Glock 19 MHS, Glock 23 MHS, MHS, XM17. Bookmark the permalink.

← Team USA & Proof Research Win Gold at 2017 IPSC Rifle World Shoot                ShellTech, Announces Plant Opening in Kentucky →

---

**Shot Show Countdown**



**SHOT SHOW 2025**
Tuesday, 21 January, 2025

7

months to go.

## FOG HORN

### Sidebar

Search

**FOG HORN _ Posts**

**Recent Posts**

- EUROSATORY 2024: Zakłady Mechaniczne Tarnów S.A. (Poland) Modular Weapon System
- Silence is Golden • Pick a Can That Fits Your Needs
- For the 40S&W Enthusiasts
- New .380s: An Iconic Duo Makes a Comeback!
- VIP Movement Notification – Atlanta, GA

**Archives**

Select Month

**Categories**

Select Category

**Twitter Updates**

Posts from @Twobirdsflying

Nothing to see here - yet

When they post, their posts will show up here.

View on X

Blog at WordPress.com.

Reblog    Subscribe