# EXHIBIT F

# to Sig Sauer, Inc's

# Motion *in Limine* No. 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

---------------------------------------------------------------

DAVID ALAN COLE and          )
KIMBERLY COLE,               )
                             )
                Plaintiffs,  )
                             )
           vs.               )     No. 1:23-cv-00327-JDL
                             )
SIG SAUER, INC.,             )
                             )
                Defendant.   )

---------------------------------------------------------------

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF

RANDY KENT

---------------------------------------------------------------

Regus
701 Fifth Avenue, Suite 4200
Seattle, Washington 98104

DATE:  April 11, 2025

REPORTED BY:  Olivia Pennella, Washington CCR 3337



800.211.DEPO (3376)
EsquireSolutions.com

A.    I don't re- -- I don't recall that.

Q.    Do you know anything about the process that Somerset County Sheriff's Office went through to select the P320 pistol as its duty weapon?

A.    I remember that discussion, but I don't remember what the outcome was.

Q.    Okay.  Do you have any understanding as to what Somerset County Sheriff's Office knew or didn't know about the features of the P320 pistol?

A.    Again, I didn't see much of that -- much of that kind of discussion in his deposition.

Q.    Okay.  Now, you reference the Sig Sauer Voluntary Upgrade Program in your report; correct?

A.    Yeah, the VUP.

Q.    And you agree that David Cole's pistol was manufactured after the Voluntary Upgrade Program, right?

A.    Right.

Q.    And you that understand David Cole did not drop his P320 pistol to cause the discharge, right?

A.    Correct.

Q.    Do you have -- plan to offer any opinions, in this matter, on the VUP?

A.    I don't know that, yet, I guess.

Q.    Do you have any opinion that the Voluntary Upgrade Program is relevant to what occurred with David



Cole's discharge?

A.   Yeah, I don't believe it is, yeah.

Q.   And you're not going to -- or you're not planning on rendering any opinions in this matter that David Cole's P320 pistol had any issues with drop safety, are you?

A.   I might, but I -- I wasn't planning on it.

Q.   Okay.  Well, can you think of a circumstance in which you would opine in this case that David Cole's P320 pistol had an issue with drop safety, when it wasn't dropped to cause this discharge?

A.   Not at this point.

Q.   Are you offering any opinions, in this matter, that Sig Sauer should have issued different or additional warnings about the P320 pistol?

A.   You mind if I look at --

Q.   Absolutely.

A.   -- the report --

Q.   Please take a look at your report.  I'm going to leave that report in front of you for the remainder of the deposition, and you --

A.   Okay.

Q.   -- can feel free to refer to it as you need to.

A.   So you're asking if they should have offered

