### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| DAVID ALAN COLE & KIMBERLY COLE,<br><br>            Plaintiffs,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>            Defendant. | Civil Action No.: 1:23-cv-00327-JCN |

### SIG SAUER INC.'S TRIAL WITNESS LIST

SIG Sauer Inc. submits its trial witness list as follows:

### FACT WITNESSES

1.  **David Alan Cole**
    c/o Robert Zimmerman
    It is anticipated that this witness will testify regarding his accidental discharge.
    *SIG Sauer may present this witness live or via deposition designations.*
    SIG Sauer anticipates having 60-90 minutes of cross-examination of this witness.

2.  **Kimberly Cole**
    c/o Robert Zimmerman
    It is anticipated that this witness will testify regarding his accidental discharge.
    *SIG Sauer may present this witness live or via deposition designations.*
    SIG Sauer anticipates having 20-30 minutes of cross-examination of this witness.

3.  **Matt Taylor**
    c/o Littleton Joyce Ughetta & Kelly LLP
    Kristen E. Dennison, Esquire
    2460 N. Courtenay Pkwy, Suite 204
    Merritt Island, FL 32953
    P320 Design and Operation
    It is anticipated that Mr. Taylor will testify regarding the development and design of the P320 model pistol.
    *SIG Sauer may present this witness live or via deposition designations.*
    Sig Sauer anticipates this witness' testimony will take 2-3 hours.

4. **Phil Strader**
c/o Littleton Joyce Ughetta & Kelly LLP
Kristen E. Dennison, Esquire
2460 N. Courtenay Pkwy, Suite 204
Merritt Island, FL 32953
Sig Sauer Corporate Representative
It is anticipated that Mr. Strader will testify regarding the corporate history as well as the manufacturing processes at Sig Sauer, the marketing and sales of the P320 model pistol, and any press releases issued by the company regarding the P320. If evidence regarding the Voluntary Upgrade Program is admitted at trial over Sig Sauer's objection, Mr. Strader will testify about the methods in which Sig Sauer notified customers about the Voluntary Upgrade Program. If other incidents are permitted into trial over Sig Sauer's objections, Mr. Strader may testify about Sig Sauer's investigations into those other incidents.
Sig Sauer anticipates taking 1.5-2 hours with this witness.

5. **Scott Reidy**
c/o Littleton Joyce Ughetta & Kelly LLP
Kristen E. Dennison, Esquire
2460 N. Courtenay Pkwy, Suite 204
Merritt Island, FL 32953
Mr. Reidy is the Director of Law Enforcement Training at Sig Sauer; he has knowledge of training provided by Sig Sauer to law enforcement agencies including that provided to Somerset County.
*SIG Sauer may present this witness live.*
Sig Sauer anticipates this witness' testimony will take 45 minutes.

**All witnesses deposed or to be deposed in this case including but not limited to:**

6. **Sheriff Dale Lancaster**
Somerset County Sheriff's Office
131 E. Madison Rd.
Madison ME 04950
It is anticipated that Mr. Lancaster will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

7. **Deputy Stephen Armiger**
Somerset County Sheriff's Office
131 E. Madison Rd.
Madison ME 04950

It is anticipated that Mr. Armiger will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

8. **Deputy Michael Knight**
Somerset County Sheriff's Office
131 E. Madison Rd.
Madison ME 04950
It is anticipated that Mr. Knight will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

9. **Deputy Robert Cook**
Piscataquis County Sheriff's Office
52 Court Street
Dover-Foxcroft, ME 04426
It is anticipated that Mr. Cook will testify regarding how the Subject Incident occurred.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

10. **Deputy Michael Pina**
Piscataquis County Sheriff's Office
52 Court Street
Dover-Foxcroft, ME 04426
It is anticipated that Mr. Pina will testify regarding how the Subject Incident occurred.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

11. **Deputy Kyle Wilson**
Piscataquis County Sheriff's Office
52 Court Street
Dover-Foxcroft, ME 04426
It is anticipated that Mr. Wilson will testify regarding how the Subject Incident occurred.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 20 minutes.

12. **Det. Jeremy Leal**
Somerset County Sheriff's Office
131 E. Madison Rd.
Madison ME 04950

It is anticipated that Mr. Leal will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

### 13. Det. Wilfred Dodge
Somerset County Sheriff's Office
131 E. Madison Rd.
Madison ME 04950
It is anticipated that Mr. Dodge will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

### 14. Ritchie Putnam
Somerset County Sheriff's Office
131 E. Madison Rd.
Madison ME 04950
It is anticipated that Mr. Putnam will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 20 minutes.

### 15. Michael Rizzo
Somerset County Sheriff's Office
131 E. Madison Rd.
Madison ME 04950
It is anticipated that Mr. Rizzo will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 30 minutes.

### 16. Sheriff Robert Young
Piscataquis County Sheriff's Office
52 Court Street
Dover-Foxcroft, ME 04426
It is anticipated that Mr. Young will testify regarding how the Subject Incident occurred.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

### 17. Sgt. Cunningham
Somerset County Sheriff's Office

131 E. Madison Rd.
Madison ME 04950
It is anticipated that Mr. Cunningham will testify regarding how the Subject Incident occurred; Plaintiff's subsequent medical condition; Somerset's selection of the P320 pistol and Safariland holster; and Somerset's training of its officers.
*SIG Sauer may present this witness live or via deposition designations.*
Sig Sauer anticipates this witness' testimony will take 15 minutes.

## ***OTHER INCIDENT WITNESSES***

Additionally, SIG Sauer may call the following witnesses who have experienced unintended discharges with other manufacturers' striker fired pistols to testify regarding their unintended discharge to rebut evidence of other P320 incidents (if Plaintiff is permitted to introduce this evidence at trial) and/or to rebut testimony that a tabbed trigger would prevent unintended discharges and/or that the P320 is uniquely susceptible to accidental discharges:

18. **David Teel**

    29 Yorkshire Drive
    Bedford, TX 76021

    This witness is expected to testify about an unintended discharge that occurred with his holstered Glock 43.
    *SIG Sauer will present this witness via deposition designations.*
    SIG Sauer anticipates this witness' testimony will take 15 minutes.

19. **Darrly Jouett**

    1098 Monmouth St.
    Newport, KY 41071

    This witness is expected to testify about an unintended discharge that occurred with his Glock firearm.
    *SIG Sauer will present this witness via deposition designations.*
    SIG Sauer anticipates this witness' testimony will take 15 minutes.

20. **Kendale Adams**

    695 Justice Way
    Indianapolis, IN 46203

    This witness is expected to testify about his investigation into an unintended discharge that occurred when two officers became entangled in each other's gear, resulting in a key entering a holstered Glock and discharging the weapon.
    *SIG Sauer will present this witness via deposition designations.*
    SIG Sauer anticipates this witness' testimony will take 15 minutes.

**21. Thomas Lehn**

12154 8th Ave

Seminole Florida

This witness is expected to testify about the unintended discharge Kendale Adams investigated.

*SIG Sauer will present this witness via deposition designations.*

SIG Sauer anticipates this witness' testimony will take 15 minutes.

**22. David Wessling**

300 E. Central Ave.

West Carrollton, OH 45449

This witness is expected to testify about an unintended discharge that occurred with his Glock.

*SIG Sauer will present this witness via deposition designations.*

SIG Sauer anticipates this witness' testimony will take 15 minutes.

**23. Alexis Paul**

Orange County Sheriff's office

PO Box 1440

Orlando, FL 32802

This witness is expected to testify about an unintended discharge that occurred with his Glock.

*SIG Sauer will present this witness via deposition designations.*

SIG Sauer anticipates this witness' testimony will take 15 minutes.

**24. Mindy Cadwell**

501 East Bay St.

Jacksonville, FL  32202

This witness is expected to testify about an unintended discharge that occurred with a Glock.

*SIG Sauer will present this witness via deposition designations.*

SIG Sauer anticipates this witness' testimony will take 15 minutes.

**25. Bradley Freeman**

C/O Francisco Guerra

Guerra LLP

875 East Ashby Place
Suite 1200
San Antonio TX, 78212

This witness is expected to testify about an unintended discharge that occurred with his Staccato.
*SIG Sauer will present this witness via deposition designations.*
SIG Sauer anticipates this witness' testimony will take 15 minutes.

26. **Kris Jacob**
PO Box 1917
Thompson Falls, MT 59873

This witness is expected to testify about an unintended discharge that occurred with his holstered Glock.
*SIG Sauer will present this witness via deposition designations.*
SIG Sauer anticipates this witness' testimony will take 15 minutes.

27. **David Counceller**
2017 Vermont Ave
Connersville, IN 47331

This witness is expected to testify about an unintended discharge that occurred with his Glock when a tab on his jacket pulled the trigger.
*SIG Sauer will present this witness via deposition designations.*
SIG Sauer anticipates this witness' testimony will take 15 minutes.

### *EXPERT WITNESSES*

28. **Derek Watkins**
c/o Littleton Joyce Ughetta & Kelly LLP
Kristen E. Dennison, Esquire
2460 N. Courtenay Blvd., Suite 204
Merritt Island, FL 32953
Accident Reconstruction, Design, and Causation. Testimony is also anticipated to be consistent with his Expert Report, and to rebut Plaintiff's experts. If other incidents are permitted into trial over Sig Sauer's objections, Mr. Watkins may testify about his investigations into those other incidents.
*SIG Sauer may present this witness live or via deposition designations.*
SIG Sauer anticipates this witness' testimony will take approximately 3 hours.

29. **Kevin Williams**
c/o Littleton Joyce Ughetta & Kelly LLP

Kristen E. Dennison, Esquire
2460 N. Courtenay Blvd., Suite 204
Merritt Island, FL 32953
*Testimony is anticipated to be consistent with his Expert Report, and to rebut Plaintiff's experts.*
*SIG Sauer may present this witness live or via deposition designations.*
SIG Sauer anticipates this witness' testimony will take approximately 3 hours.

30. **Eric Warren**
c/o Littleton Joyce Ughetta & Kelly LLP
Kristen E. Dennison, Esquire
2460 N. Courtenay Blvd., Suite 204
Merritt Island, FL 32953
*Testimony is anticipated to be consistent with his Expert Report, and to rebut Plaintiff's experts.*
*SIG Sauer may present this witness live or via deposition designations.*
SIG Sauer anticipates this witness' testimony will take approximately 3 hours.

31. **Robert Rauschenberger**
c/o Littleton Joyce Ughetta & Kelly LLP
Kristen E. Dennison, Esquire
2460 N. Courtenay Blvd., Suite 204
Merritt Island, FL 32953
*Testimony is anticipated to be consistent with his Expert Report, and to rebut Plaintiff's experts.*
*SIG Sauer may present this witness live or via deposition designations.*
SIG Sauer anticipates this witness' testimony will take approximately 3 hours.

32. **Matthew J. Donovan, M.D.**
Associates in York Orthopaedics, P.A.
10 Market Place Dr.
York, ME 03909
*Testimony is anticipated to be consistent with his Expert Report, and to rebut Plaintiff's experts.*
*SIG Sauer may present this witness live or via deposition designations.*
SIG Sauer anticipates this witness' testimony will take approximately 30 minutes.

33. **Jeffrey S. Barkin, M.D.**
97 A Exchange St.
Portland, ME 04101
*Testimony is anticipated to be consistent with his Expert Report, and to rebut Plaintiff's experts.*
*SIG Sauer may present this witness live or via deposition designations.*
SIG Sauer anticipates this witness' testimony will take approximately 30 minutes.

34. **Any witnesses necessary for rebuttal or impeachment purposes**

SIG Sauer reserves the right to identify additional rebuttal witnesses to be determined based on the testimony put forth by Plaintiff at trial.

### 35. Records Custodian(s)

Records custodian for all records identified on the exhibit lists of SIG and Plaintiffs

### 36. Any witnesses necessary to authenticate documents

DEFENDANT RESERVES THE RIGHT TO OBJECT TO ANY AND ALL WITNESSES LISTED BY PLAINTIFF.

DEFENDANT HEREBY RESERVES THE RIGHT TO CALL AND/OR PRODUCE ANY AND ALL WITNESSES LISTED BY PLAINTIFF, TO CALL ANY AND ALL IMPEACHMENT AND/OR REBUTTAL WITNESSES, AND TO SUPPLEMENT UPON REASONABLE NOTICE TO THE COURT AND PLAINTIFF.

DEFENDANT RESERVES THE RIGHT TO CALL ANY EXPERT WITNESS IDENTIFIED, CONSULTED, OR USED BY PLAINTIFF, WHETHER OR NOT CALLED AT TRIAL AS A WITNESS BY PLAINTIFF.

Date:  June 22, 2026

/s/ *Martha C. Gaythwaite*

Martha C. Gaythwaite, Maine Bar No. 2811
Jeffrey D. Russell, Maine Bar No. 4506
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101
Telephone: (207) 253-4650
mgaythwaite@verrill-law.com
jrussell@verrill-law.com


/s/ *Kristen E. Dennison*
Kristen E. Dennison, *Pro Hac Vice*
LITTLETON JOYCE UGHETTA & KELLY LLP
2460 N. Courtenay Parkway, Ste. 204
Merritt Island, FL  32953
Telephone:  (321) 574-0280
kristen.dennison@littletonjoyce.com

*Attorneys for Sig Sauer Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent those indicated as non-registered participants via first class mail, postage prepaid on this the day of 22nd day of June, 2026.

/s/ *Kristen E. Dennison*
Kristen E. Dennison, Esq.