**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

CASE NAME: *Cole et al. v. Sig Sauer, Inc.*

DOCKET NO: 1:23-cv-00327-JCN

## Exhibit List

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Video of OSI: Michael Richardson, Roscommon, MI, February 4, 2016 | | | | |
| 2 | | | Video of Roscommon Recreation with Seatbelt | | | | |
| 3 | | | Video of OSI: Officer Donald Thatcher, Honesdale, PA, February 7, 2022 | | | | |
| 4 | | | Video of OSI: Officer Aaron Roth, Milwaukee, WI, January 2, 2022 | | | | |
| 5 | | | Video of OSI: Officer Robert Greene, St. Clair, MN, August 3, 2021 | | | | |
| 6 | | | Documents related to Officer Greene's incident produced by ICE pursuant to Touhy request, pages 1-66 | | | | |
| 7 | | | Video of OSI: Montville, CT, January 2023 involving Officer Daniel Witts. | | | | |
| 8 | | | Video of Officer Catatao: Somerville, MA, April 4, 2022 | | | | |
| 9 | | | Video of OSI:  Marvin Reyes, Houston, Tx March 28, 2022 | | | | |
| 10 | | | Video of OSI: Sgt. Bocquet, Galveston Sheriff's Department, March 13, 2019 | | | | |
| 11 | | | Video of OSI: Officer David Cole, Sangerville, ME, May 4, 2022 | | | | |
| 12 | | | SEPTA Investigation of Officer Jacklyn's unintended discharge pages 1-81 | | | | |
| 13 | | | Video of OSI: Officer Kevin Currington, La Grange, Texas May 2024 | | | | |
| 14 | | | Video Deposition of Chris Meyer Regarding Roscommon Incident | | | | |
| 15 | | | Video Deposition of Daniel Witts | | | | |
| 16 | | | Video Deposition of Officer Aaron Roth | | | | |
| 17 | | | Video Deposition of Craig Jacklyn | | | | |
| 18 | | | Video Deposition of Donald Thatcher | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 19 | | | Video Deposition of Johnny Davis | | | | |
| 20 | | | Video Deposition of Marvin Reyes | | | | |
| 21 | | | Video Deposition of Michael Lingo | | | | |
| 22 | | | Video Deposition of Robert Greene | | | | |
| 23 | | | Video Deposition of Mitchel Maxwell | | | | |
| 24 | | | Video Deposition of Ashley Catatao | | | | |
| 25 | | | Sig documents related to Oklahoma PD discharge: SIG-OAI002367 | | | | |
| 26 | | | Sig documents related to Surprise Arizona discharge: SIG-OAI00014 | | | | |
| 27 | | | Sig documents related to Leesburg, Virginia discharge: SIG-OAI00209. | | | | |
| 28 | | | Sig documents related to Rancho Cucamona discharge: SIG-OAI00411 | | | | |
| 29 | | | Sig documents related to Walkerton, Indianna discharge: SIG-OAI2055 | | | | |
| 30 | | | Sig documents related to Laredo, Texas discharge: SIG-OAI 1860 | | | | |
| 31 | | | Sig documents related to Washington DC discharge: SIG-OAI 2120-2131 | | | | |
| 32 | | | Sig documents related to Atlantic County, NJ discharge: SIG-OAI 2176-2186 | | | | |
| 33 | | | Sig documents related to Reno, NV discharge: SIG-OAI 02228-2244. | | | | |
| 34 | | | Sig documents related to Somerville, MA discharge: SIG-OAI 2509 | | | | |
| 35 | | | Sig documents related to Orange, CT discharge: SIG-OAI 002284 | | | | |
| 36 | | | Sig documents related to Lakeland, FL discharge: SIG-OAI 02286 | | | | |
| 37 | | | Sig documents related to Indian River, FL discharge: SIG-OAI 3054-3068 | | | | |
| 38 | | | Sig documents related to 7/29/23 discharge: SIG-OAI 2341 | | | | |
| 39 | | | Sig documents related to Jackson Township, NJ discharge: SIG-OAI 04559-4576 | | | | |
| 40 | | | Al LaRochele Pistol Inspection Report: SIG-OAI01404 | | | | |
| 41 | | | Al LaRochele Pistol Inspection Report: SIG-OAI01720-1724 | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 42 | | | Al LaRochele Pistol Inspection Report: SIG-OAI01415-1418 | | | | |
| 43 | | | Al LaRochele Pistol Inspection Report: SIG-OAI01817-1821 | | | | |
| 44 | | | Sig Unintended Discharge Report: SIG-OAI02321 | | | | |
| 45 | | | Al LaRochele Pistol Inspection Report: SIG-OAI1880-1884 | | | | |
| 46 | | | Sig Email and Al LaRochelle Inspection Report: SSIG-OAI342-350 | | | | |
| 47 | | | ICE Internal Memo Executive Suammry | | | | |
| 48 | | | ICE List of Unintended Discharges: Supplemental Data | | | | |
| 49 | | | National Fraternal Order of Police of Police Letter 11/21/2024 | | | | |
| 50 | | | PA State Police Personal Carry Off-Duty Bulletin | | | | |
| 51 | | | Surprise AZ unintended discharge report SIG-OAI 14-15 | | | | |
| 52 | | | OK Highway Patrol Discharge Report: SIG-OAI 2369 | | | | |
| 53 | | | OK Highway Patrol Discharge Report: SIG-OAI 1403-1404 | | | | |
| 54 | | | Bridge City PD Discharge Report: SIG-OAI 1817-1821 | | | | |
| 55 | | | Rancho Cucamongo Discharge Report SIG-OAI 411-413 | | | | |
| 56 | | | Union City Unintended Discharge Report SIG-OAI1720-1724 | | | | |
| 57 | | | Elkhart PD Unintended Discharge Report: SIG-OAI 2321-2322 | | | | |
| 58 | | | Atlantic County PD Unintended Discharge Repor: SIG-OAI 342-350 | | | | |
| 59 | | | Vermont State Police UD Report: SIG-OAI 1880-1884 | | | | |
| 60 | | | Category: OSI Evidence<br>Documents, Reports, Affidavits, Materials, Photos, Videos, Audio Recording and Filings related to Other Similar Incidents (OSIs) SIG OAI 00001-02474 | | | | |
| 61 | | | Striker Fired Pistol New Project Proposal: SIG-COLE117-119 | | | | |
| 62 | | | P260 Cocking Concepts Slides: SIG-COLE228-232 | | | | |
| 63 | | | Generation 2 Concept Design for Striker Fired Pistol: SIG-COLE237-263 | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 64 | | | Sig Striker Fired Pistol Overview: P320Design0001-04 | | | | |
| 65 | | | April 2012 Kickoff Review for Model P260 (By Stephen Perniciaro) (P320Design 5-24 | | | | |
| 66 | | | March 2013 P350 Evaluation (Cole 196-205) | | | | |
| 67 | | | March 2013 P350 Evaluation (Cole 264-270) | | | | |
| 68 | | | March 2013 P350 Design Specifications (Cole 271-273) | | | | |
| 69 | | | P360 Risk Assessment and Mitigation Plans (Cole 325-327) | | | | |
| 70 | | | April 2013 P350 Design Presentation (P320Design 28-39) | | | | |
| 71 | | | July 2013 Design Verification Test (Cole 302-310) | | | | |
| 72 | | | Oct. 2013 P320 Progress Report (P320Design 44-53) | | | | |
| 73 | | | Undated P320 Powerpoint (P320Design 44-53) | | | | |
| 74 | | | Carry Size Prototype Photo from Shoot Shot (Abrahams Tr. Exhibit 46) | | | | |
| 75 | | | P320 Full Size Prototype Photo from Shoot Shot (Abrahams Tr. Exhibit 47) | | | | |
| 76 | | | Feb. 2014 P320 Progress Report (P320Design 55-56) | | | | |
| 77 | | | 320 Technical Spec Emails between Toner and others (P320Design 40-43) | | | | |
| 78 | | | June 2015 Technical Specifications (Cole 166-183) | | | | |
| 79 | | | Image of P320 Carry with Tabbed Trigger | | | | |
| 80 | | | Image of P320 Full Sized with Tabbed Trigger | | | | |
| 81 | | | Sig Sauer P320 Marketing Brochure of P320 Listing Features, including 2 trigger options- Standard or Tabbed. | | | | |
| 82 | | | P320 Trigger Pull Measurement Distances | | | | |
| 83 | | | Pre-Upgrade Component Drawings (Pre-Upgrade) | | | | |
| 84 | | | Pre-upgrade Supplemental Drawings | | | | |
| 85 | | | Pre-Upgrade P320 Firing Mechanism Diagrams | | | | |
| 86 | | | 2013.07.31 Indent Measurements | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 87 | | | Image of P320 Full Sized with Tabbed Trigger | | | | |
| 88 | | | Optional Tabbed Trigger Graphic | | | | |
| 89 | | | Upgraded P320 Firing Mechanism Slides | | | | |
| 90 | | | Animation of P320 Firing Mechanism.mp4 | | | | |
| 91 | | | 2021.05.21 P320 OneNote re Overview Measurements and Data | | | | |
| 92 | | | 2015 P320 Assembly and Quality Inspection (SIG-QC DOCS 000001-000183) | | | | |
| 93 | | | Post-upgrade Component Drawings (SIG-DRAWINGS 000078-000247 | | | | |
| 94 | | | 2013 Design Verification Report | | | | |
| 95 | | | 2013 Design Evaluation Report | | | | |
| 96 | | | Notes on P320 Cocking Design | | | | |
| 97 | | | Notes on P320 Cocking Design Gen 2 | | | | |
| 98 | | | P350 Design Slides and Spec Sheet | | | | |
| 99 | | | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Sig Marketing - Safety Without Compromise 1.pdf) | | | | |
| 100 | | | Sig Sauer Marketing Material from Website. (Sig Marketing – Meet the P320.pdf) | | | | |
| 101 | | | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Sig Marketing - Safety Without Compromise 2.pdf) | | | | |
| 102 | | | Sig Sauer "Safety Without Compromise" Advertisement from Marketing Material/Website. (Safety Without Compromise Marketing Northrop 0216.pd) | | | | |
| 103 | | | Sig Sauer Press Release relating to Montville PD | | | | |
| 104 | | | Sig Marketing Materials (SIG-NORTHROP 000164-000230 (Marketing materials).pdf | | | | |
| 105 | | | Sig Product Catalog 2015 | | | | |
| 106 | | | Sig Product Catalog 2016 | | | | |
| 107 | | | Sig Product Catalog 2017 | | | | |
| 108 | | | Sig Product Catalog 2018 | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 109 | | | Sig Product Catalog 2019 | | | | |
| 110 | | | Sig Product Catalog 2020 | | | | |
| 111 | | | Sig Product Catalog 2021 | | | | |
| 112 | | | Sig LE Catalogue 2021 | | | | |
| 113 | | | Sig Product Catalog 2022 | | | | |
| 114 | | | Sig LE Catalogue 2023 | | | | |
| 115 | | | P320 Illustrated Parts Catalogue SIG-Lang 617-622 | | | | |
| 116 | | | Sig P320 Brochure (Sig-Sauer-P320-Pistol-Brochure.pdf) | | | | |
| 117 | | | P320 Owner's Manual P/N 8501300-01 Rev 00 | | | | |
| 118 | | | P320 Owner's Manual P/N 8501300-01 Rev 05 | | | | |
| 119 | | | P320 Owner's Manual P/N 8501909-01 Rev 00 | | | | |
| 120 | | | P320 Owner's Manual P/N 8501909-01 Rev 02 (2018) | | | | |
| 121 | | | P320 Owner's Manual P/N 8501909-01 Rev 08 | | | | |
| 122 | | | P320 Owner's Manual P/N 8501154 Rev 03 | | | | |
| 123 | | | P320 X Owner's Manual - Cole | | | | |
| 124 | | | P320 Armorers Manual from Sgt. Rizzo | | | | |
| 125 | | | Sig 1911 Manual | | | | |
| 126 | | | Sig P210 Manual | | | | |
| 127 | | | Sig Sauer Engineer Reliability Manual | | | | |
| 128 | | | Sig Sauer Engineer Reliability Magazine | | | | |
| 129 | | | Sig Sauer 2006 Product Portfolio Manual | | | | |
| 130 | | | Sig Sauer 2012 Product Manual | | | | |
| 131 | | | Sig Sauer P238/P938 operators manual 1202508-01 Rev 03 | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 132 | | | Sig Sauer P238/P938 operators manual 1202508-01 Rev 05 | | | | |
| 133 | | | Sig Sauer P250 manual 8501487-01 Rev 02 | | | | |
| 134 | | | Sig 1911 Manual | | | | |
| 135 | | | Sig P210 Manual | | | | |
| 136 | | | Sig P322 Manual | | | | |
| 137 | | | Glock owners manual | | | | |
| 138 | | | Glock Safe-Action System Description from website | | | | |
| 139 | | | Springfield XD Manual | | | | |
| 140 | | | Walther P99 Manual | | | | |
| 141 | | | Sig P320 Firing Mechanism Diagrams | | | | |
| 142 | | | Sig P322 Manual | | | | |
| 143 | | | Glock owner's manual | | | | |
| 144 | | | Glock Safe-Action System Description from website | | | | |
| 145 | | | Springfield XD Manual | | | | |
| 146 | | | Walther P99 Manual | | | | |
| 147 | | | | | | | |
| 148 | | | Sig P320 Firing Mechanism Diagrams | | | | |
| 149 | | | Consolidated image of Demonstrative Pistols with Tabbed Trigger | | | | |
| 150 | | | Image of hammer and striker-fired guns (1911 and Glock) | | | | |
| 151 | | | Image of Glock pistol | | | | |
| 152 | | | Image of Glock tabbed trigger | | | | |
| 153 | | | Image of Smith and Wesson MP Shield Plus | | | | |
| 154 | | | Image of Ruger pistol with tabbed trigger | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 155 | | | Image of Canik pistol with tabbed trigger | | | | |
| 156 | | | Image of Springfield Hellcat with tabbed trigger | | | | |
| 157 | | | Image of Tarus pistol with tabbed trigger | | | | |
| 158 | | | Image of Walther pistol with tabbed trigger | | | | |
| 159 | | | Image of Stoger pistol | | | | |
| 160 | | | Image of Shadow Systems pistol | | | | |
| 161 | | | Image of HK VP9 pistol | | | | |
| 162 | | | Image of Walther PDP pistol | | | | |
| 163 | | | Image of HK 45 Pistol | | | | |
| 164 | | | SIG-NSM Docs 00001-00041 | | | | |
| 165 | | | H&K USP Product Manual | | | | |
| 166 | | | Email from Andrew Tuohy to Sean Toner dated August 5, 2017 with the Subject "P320 fires when dropped" | | | | |
| 167 | | | Sig emails Re Buck Holly Discharge: Sig-Hall 22186-22188 | | | | |
| 168 | | | Sig Sauer Press Release dated August 4, 2017 Titled: Sig Sauer Reaffirms Safety of P320 Pistol with Ron Cohen Statement | | | | |
| 169 | | | Email from Jordan Hunter, Sig Sauer Marketing Communications Director dated August 5, 2017 with the subject: "Fwd: P320 fires when dropped" | | | | |
| 170 | | | P320 Voluntary Press Release from August 8, 2017 | | | | |
| 171 | | | Voluntary Upgrade FAQ | | | | |
| 172 | | | Voluntary Upgrade Marketing Campaign Email and Attachemnts: Sig-Hall5072-81, 22096-22115 | | | | |
| 173 | | | P320 VUP Marketing Campaign (unredacted): Sig-Hall5079-5081 | | | | |
| 174 | | | ULM Test Report: P320-DRO-TESTING-0274-303 | | | | |
| 175 | | | Army Failed Drop Test: Sig-Hall5004-5019 | | | | |
| 176 | | | Voluntary Upgrade Project Overview Slides: SIG-P320-DROP-TESTING-408-453 | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 177 | | | FMECA: Sig-Army412-413 and attachment | | | | |
| 178 | | | P320 Variants First and Last Sellable Dates.xlsx | | | | |
| 179 | | | 2018 LE National Sales Meeting Agenda (Jan. 7-12 2018) | | | | |
| 180 | | | 2020 LE National Sales Meeting Agenda (Jan. 6-10 2020) | | | | |
| 181 | | | 2020 LE Sales Mtg - Product Training PPT | | | | |
| 182 | | | 2021.05.24 P320 Firing Mechanism Slides | | | | |
| 183 | | | Law Enforcement P320 Demo Slides 9-8-2023 SIG-MSN42-92 | | | | |
| 184 | | | April 2015 Competitor Benchmarks (Sig-Ashe 2372) | | | | |
| 185 | | | September 2015 9MM Pocket Pistol Consumer Survey (Sig-Ashe 2348-2371 | | | | |
| 186 | | | March 2016 Product Specification List (Sig-Ashe 2373-2374) | | | | |
| 187 | | | April 2016 Kick-Off Meeting Presentation (Sig-Ashe 2375-2382) | | | | |
| 188 | | | 2018 P365 Design Validation Report (Sig-Ashe 1770) | | | | |
| 189 | | | 2018 P365 Design Upgrade Testing (Sig-Ashe 1771-1772) | | | | |
| 190 | | | Drawings of Straight and Curved Triggers (Sig-Ashe 1751-1752) | | | | |
| 191 | | | P365 Advertisements: Sig-Ashe 12, 239, 240, 535 | | | | |
| 192 | | | Sig Sauer's case specific First Responses to Request for Production | | | | |
| 193 | | | Sig Sauer's case specific Second Responses to Request for Production | | | | |
| 194 | | | Sig Sauer's case specific First Responses to Interrogatories | | | | |
| 195 | | | Sig Sauer's case specific Second Responses to Second Interrogatories | | | | |
| 196 | | | Sig Sauer's case specific Responses to Request for Admissions | | | | |
| 197 | | | Sig Sauers Answers to Requests for Admissions in *Neshin* | | | | |
| 198 | | | Sig Sauer P320 X Series Owner's Manual | | | | |
| 199 | | | Sig Sauer Technical Armorers Manual- SIG P320 Series Pistols | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 200 | | | Memo from Department of MI State Police RE Purchase of Sig Sauer Pistols | | | | |
| 201 | | | Somerset County Agency Firearms Policy | | | | |
| 202 | | | Cole Certification Maine Public Safety 05/25/2007 | | | | |
| 203 | | | Cole Safe Handling of Firearm Certification P320 | | | | |
| 204 | | | Cole Safe Handling of Firearm Certification | | | | |
| 205 | | | Cole Certificate of Corrections Officer 03/28/2003 | | | | |
| 206 | | | Cole Certificate of Achievement, Officer of the Month August 2002 | | | | |
| 207 | | | Cole Certification Maine Public Safety 05/25/2007 | | | | |
| 208 | | | Cole Safe Handling of Firearm Certification P320 | | | | |
| 209 | | | Piscataquis County Police Incident Report | | | | |
| 210 | | | Occupational Injury Report 05/05/2022 | | | | |
| 211 | | | Email - 2022.05.04 Cole UD Report from SIG | | | | |
| 212 | | | Email - 2022.05.04 Notification to SIG Re Cole UD | | | | |
| 213 | | | Email - 2022.05.05 Sig to Inspect Somerset Pistols | | | | |
| 214 | | | Email - 2022.05.07 Sig to Inspect Somerset Pistols Follow Up | | | | |
| 215 | | | Email - 2022.05.09 Sig to Inspect Somerset Pistols Follow Up | | | | |
| 216 | | | Email - 2022.05.11 Sig to Inspect Somerset Pistols Follow Up | | | | |
| 217 | | | Email - 2022.05.20 Results of Sig to Inspection of Pistols | | | | |
| 218 | | | Piscataquis Evidence Photos | | | | |
| 219 | | | Sig Subpoena for Documents from Somerset | | | | |
| 220 | | | Statement - Jeremy Leal | | | | |
| 221 | | | Statement - Michael Knight | | | | |
| 222 | | | Statement - Wilfred Dodge | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 223 | | | Officer Cook Body Worn Camera | | | | |
| 224 | | | Officer Pina Body Worn Camera | | | | |
| 225 | | | Officer Wilson Body Worn Camera | | | | |
| 226 | | | Email - 2021.05.26 Sig Armorer Class Sign Up with Description | | | | |
| 227 | | | Email - 2021.08.12 - Rizzo Learned at Sig Sauer Armorers Course | | | | |
| 228 | | | Email - 2021.11.23 Officers Need to Qualify with P320 | | | | |
| 229 | | | Email - 2021.12.16 All Glocks Removed from Service | | | | |
| 230 | | | Email - 2022.01.12 P320 Arrive | | | | |
| 231 | | | Email - 2022.05.05 Somerset Discontinues Use of P320 | | | | |
| 232 | | | Email - 2022.05.12 Sig to Inspect Somerset P320 | | | | |
| 233 | | | SIG Inspection Ltr SIG-COLE 00000015-SIG-COLE 00000016 | | | | |
| 234 | | | Email - 2021.05.26 Sig Courses Attended by Somerset | | | | |
| 235 | | | Email - 2021.08.10 with Don Boulerice RE Ordering | | | | |
| 236 | | | Sig Sauer Academy Registration – Putnam | | | | |
| 237 | | | 2021.04.20 - Quote for P320 Holsters | | | | |
| 238 | | | 2021.06.17 - Quote for P320 2 | | | | |
| 239 | | | 2021.06.17 - Quote for P320 | | | | |
| 240 | | | 2021.06.17 - Trade In Quote for Glocks | | | | |
| 241 | | | 2021.09.13 - Invoice for P320 Sold to Atlantic Tactical | | | | |
| 242 | | | Email - 2021.07.01 Order P320 Pistols | | | | |
| 243 | | | Email - 2021.07.28 Blackhawk Holster Order | | | | |
| 244 | | | Email - 2021.07.30 P320 Will Arrive in Dec. 2021 | | | | |
| 245 | | | Email - 2021.12.01 Blackhawk Holster Order | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 246 | | | P320 Purchase Estimate 23K | | | | |
| 247 | | | Safariland holster Order Form | | | | |
| 248 | | | David Cole Injury photographs 6/22 to 8/22 | | | | |
| 249 | | | Injury photographs 8/2025 | | | | |
| 250 | | | Pre Incident & Family Photos | | | | |
| 251 | | | Northern Light Mayo Hospital 5/4/22 | | | | |
| 252 | | | Northern Light Eastern Maine Medical Center 5/12/22-6/21/22 | | | | |
| 253 | | | Mark L. Holbrook, Ph.D 08/19/22-12/30/22 | | | | |
| 254 | | | Sig Sauer Initial Disclosures 09.26.23 | | | | |
| 255 | | | SIG Sauer Amended Initial Disclosure | | | | |
| 256 | | | Somerset County Employment | | | | |
| 257 | | | Maine Criminal Justice Academy Transcript Academic Records | | | | |
| 258 | | | Maine Morning Report Show- CPL Eugene Cole (David Cole's Father) | | | | |
| 259 | | | Maine Criminal Justice Academy Training Records & Employment History | | | | |
| 260 | | | Kennebec County Employment | | | | |
| 261 | | | Cole's Training History | | | | |
| 262 | | | Waldo County Employment | | | | |
| 263 | | | William Vigilante Ph.D. CV (identification purposes only) | | | | |
| 264 | | | William Vigilante Expert Report dated January 23, 2025, (identification purposes only) | | | | |
| 265 | | | All images and figures from BV Report:<br>a) Figure 1 of BV Report – Cole P320 Right Side<br>b) Figure 2 of BV Report - Desrosiers P320 Left Side<br>c) Figure 3 of BV Report - Desrosiers P320 in Holster<br>d) Figure 5 of BV Report – Still image from Kyle Wilson BWC<br>e) Figure 6 of BV Report – Still image from Kyle Wilson BWC<br>f) Figure 7 of BV Report – Sig P320 with tabbed trigger | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | g) Figure 9 of BV Report – Exemplar Sig P320 Carry in a Safariland Level 3 holster <br> h) Figure 10 of BV Report – Exemplar Sig P320 Carry in a Safariland Level 3 holster <br> i) Figure 10 of BV Report – Sig P320 Carry in a Safariland Level 3 duty holster. <br> j) Figure 11 of BV Report – Exemplar Sig P320 Carry in a Safariland Level 3 duty holster <br> k) Figure 12 of BV Report – Exemplar Sig P320 Carry in a Safariland Level 3 duty holster. <br> l) Figure 14 BV Report - Subject Sig P320 secured in Deputy Cole's Serpa CQC holster. <br> m) Figure 15 BV Report - Subject Sig P320 secured in Deputy Cole's Serpa CQC holster. <br> n) Figure 16 BV Report - Exemplar Sig P320 secured in Sig branded holster. <br> o) Figure 17 BV Report - Exemplar Sig P320 secured in Sig branded holster <br> p) Figure 18 BV Report - Scratch mark along the side of a P320 trigger <br> q) Figure 19 BV Report - Scratch mark along the side of a P320 trigger <br> r) Figure 20 BV Report - Holstered subject Sig P320 trigger actuated with wooden probe. <br> s) Figure 21 BV Report - Nylon cord threaded through trigger guard of holstered exemplar Sig P320 X Full. <br> t) Figure 22 BV Report - Nylon cord threaded through trigger guard of holstered exemplar Glock 17 | | | | |
| 266 | | | William Vigilante Expert Report dated June 16, 2025, (identification purposes only) | | | | |
| 267 | | | William Vigilante inspection photos: 10.1.24 | | | | |
| 268 | | | William Vigilante inspection videos: 10.1.24 | | | | |
| 269 | | | William Vigilante inspection photos: 10.2.24 (Cole pistol) | | | | |
| 270 | | | William Vigilante inspection videos: 10.2.24 (Cole pistol) | | | | |
| 271 | | | William Vigilante inspection photos: 1.17.25 (Exemplar P320 X-Full) | | | | |
| 272 | | | William Vigilante test videos: 1.17.25 (Exemplar P320 X-Full) | | | | |
| 273 | | | William Vigilante inspection photos: 1.17.25 (Hellcat Pro) | | | | |
| 274 | | | William Vigilante test videos: 1.17.25 (Hellcat Pro) | | | | |
| 275 | | | William Vigilante inspection photos: 1.19.25 (P226) | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 276 | | | William Vigilante inspection photos: 1.20.25 (Glock 17) | | | | |
| 277 | | | William Vigilante test videos: 1.20.25 (Glock 17) | | | | |
| 278 | | | William Vigilante inspection photos: 3.9.25 | | | | |
| 279 | | | William Vigilante inspection video: 3.9.25 | | | | |
| 280 | | | William Vigilante inspection photos: 3.10.25 | | | | |
| 281 | | | William Vigilante inspection photos: 3.12.25 | | | | |
| 282 | | | William Vigilante inspection photos: 3.14.25 | | | | |
| 283 | | | William Vigilante inspection photos: 4.14.25 | | | | |
| 284 | | | William Vigilante inspection photos: 6.11.25 | | | | |
| 285 | | | William Vigilante inspection photos: 6.13.25 | | | | |
| 286 | | | William Vigilante Demonstrative/Testing Video - Sig in Holster Key Demo 20231212_130325.mp4 | | | | |
| 287 | | | William Vigilante Demonstrative/Testing Video - Glock in Holster Key Demo Long 20231212_131031.mp4 | | | | |
| 288 | | | William Vigilante Demonstrative/Testing Video - Glock in Holster Key Demo Shorter 20231212_131321.mp4 | | | | |
| 289 | | | William Vigilante Demonstrative/Testing Video - Glock in Hand Trigger Pull 20231212_131428.mp4 | | | | |
| 290 | | | William Vigilante Demonstrative/Testing Video Sig in Vice Finger Side Pull 20230110_104106.mp4 | | | | |
| 291 | | | William Vigilante Demonstrative/Testing Video -Sig in Vice Pencil Tip (Sideways View) 20230110_104223.mp4 | | | | |
| 292 | | | William Vigilante Demonstrative/Testing Video - Sig in Vice Pencil Top Trigger 20230110_104247.mp4 | | | | |
| 293 | | | William Vigilante Demonstrative/Testing Video - Sig in Vice Pencil Trigger Tip Shorter 20230110_104356.mp4 | | | | |
| 294 | | | William Vigilante Demonstrative/Testing Video - Sig in Vice Finger Side of Trigger (Sideways) 20230110_104511.mp4 | | | | |
| 295 | | | William Vigilante Demonstrative/Testing Video – Sig in Vice Finger Side Pull 20230110_104527.mp4 | | | | |
| 296 | | | William Vigilante Demonstrative/Testing Video – Sig in Vice Finger Side Pull 20230110_104608.mp4 | | | | |
| 297 | | | William Vigilante Demonstrative/Testing Video – Sig in Hand Finger Side Pull 20230110_105730.mp4 | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 298 | | | William Vigilante Demonstrative/Testing Video -Glock in Vice Finger Side Pull 20230110_110432.mp4 | | | | |
| 299 | | | William Vigilante Demonstrative/Testing Video - Other Tabbed in Vice Finger Test 20230110_110721.mp4 | | | | |
| 300 | | | James Tertin demonstrative/testing video of Glock demonstrative video 1.mp4 | | | | |
| 301 | | | James Tertin demonstrative/testing video of Glock Trigger Travel / Pull Measurement | | | | |
| 302 | | | James Tertin demonstrative/testing video of Glock with striker cutout | | | | |
| 303 | | | James Tertin demonstrative/testing video of Glock Tabbed Trigger | | | | |
| 304 | | | James Tertin demonstrative/testing video of Glock Tabbed Trigger | | | | |
| 305 | | | James Tertin demonstrative/testing video of Glock Tabbed Trigger | | | | |
| 306 | | | James Tertin demonstrative/testing video of Glock Tabbed Trigger- Glock Trigger Safety Test Video.mp4 | | | | |
| 307 | | | James Tertin demonstrative/testing video of Taurus Tabbed Trigger Video 1 | | | | |
| 308 | | | James Tertin demonstrative/testing video of Taurus Tabbed Trigger Video 2 | | | | |
| 309 | | | James Tertin demonstrative/testing video of Sig Sauer P320 Demonstrative Side Pull | | | | |
| 310 | | | James Tertin demonstrative/testing video of P320 Firing Pin | | | | |
| 311 | | | James Tertin demonstrative/testing video of P320 Fixture | | | | |
| 312 | | | Image from James Tertin of Glock with Slide Cut Out | | | | |
| 313 | | | James Tertin demonstrative/testing video of P320 Trigger | | | | |
| 314 | | | James Tertin demonstrative/testing video of P320 Trigger | | | | |
| 315 | | | James Tertin demonstrative/testing video of P320 Trigger | | | | |
| 316 | | | James Tertin demonstrative/testing video of Black P320 with Striker Cutout | | | | |
| 317 | | | James Tertin demonstrative/testing video of Tan P320 with Striker Cutout | | | | |
| 318 | | | James Tertin demonstrative/testing video of Tan P320 with Striker Cutout | | | | |
| 319 | | | James Tertin demonstrative/testing video of P320 Trigger | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 320 | | | James Tertin demonstrative/testing video of P320 Trigger | | | | |
| 321 | | | James Tertin demonstrative/testing video of P320 Trigger | | | | |
| 322 | | | James Tertin demonstrative/testing video of Black P320 with Striker Cutout | | | | |
| 323 | | | James Tertin demonstrative/testing video of Tan P320 with Striker Cutout | | | | |
| 324 | | | Expert Report of Randy Kent 1.23.2025 (identification only) | | | | |
| 325 | | | All images and figures from RK Report:<br>a) Figure 1 RK Report - Cole Sig Sauer P320<br>b) Figure 2 RK Report -  Cole P320 trigger<br>c) Figure 3 RK Report – Glock Tabbed Trigger<br>d) Figure 4 RK Report – Springfield Tabbed Trigger<br>e) Figure 5 RK Report – P320 tabbed trigger image<br>f) Figure 6 RK Report – P320 tabbed trigger image<br>g) Glock Safe Action System Images RK Report, (p. 11)<br>h) Figure 7 RK Report - Arc measurements of XD trigger<br>i) Surface Area Measurements RK Report (p. 13)<br>j) Figure 8 RK Report – Total Area to Actuate Trigger Diagram<br>k) Figure 9 RK Report - Force gage applying pressure to 9 locations on the trigger<br>l) Figure 10 RK Report – Points on P320 Trigger<br>m) Figure 11 RK Report – Points on a Tabbed trigger<br>n) Figure of points on triggers RK Report p. 15<br>o) Figure 12 RK Report - Trigger pull test with fixtured mill and digital read outs.<br>p) Figure 13 RK Report – Table and Graph (p. 17)<br>q) Work Calculations RK Report p. 18<br>r) Figure 14 RK Report – measurement location and table (p. 19)<br>s) Figure 15 RK Report - Photo of Sig Sauer P250/320 holster<br>t) Figure 16 RK Report - Coles Blackhawk P320<br>u) Figure 17 RK Report - Coles Blackhawk P320 zoomed in<br>v) Figure 18 RK Report - Exemplar pistol and holster<br>w) Figure 19 RK Report - Fully clear ejection port<br>x) Figure 20 RK Report - bottom of subject holster<br>y) Figure 22 RK Report - Foreign object able to contact subject P320 trigger<br>z) Figure 23 RK Report: Foreign object contacting top of subject P320 trigger<br>aa) Figure 24 RK Report: Foreign object contacting the middle of the subject P320 trigger<br>bb) Figure 25 RK Report: Foreign object contacting the subject P320 trigger<br>cc) Figure 26 RK Report - Force testing objects pulling trigger | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 326 | | | RK inspection photos of Cole's P320 | | | | |
| 327 | | | David Carmac Report (identification only) | | | | |
| 328 | | | Peter K. Esponnette, M.D. Report (identification only) | | | | |
| 329 | | | Gerald Sweet Ph.D. Report (identification only) | | | | |
| 330 | | | Gwen Simons Report (identification only) | | | | |
| 331 | | | Kenneth John Baker, D.O. Report (Identification only) | | | | |
| 332 | | | Cole's Jacket | | | | |
| 333 | | | Cole's P320 | | | | |
| 334 | | | Cole's Balckhawk Holster | | | | |
| 335 | | | Sig P250/320 Holster | | | | |
| 336 | | | Exemplar Jacket | | | | |
| 337 | | | Exemplar P320 | | | | |
| 338 | | | Exemplar Blackhawk Holster | | | | |
| 339 | | | Exemplar Glock Pistol | | | | |
| 340 | | | Invoices/Billing Records/Fee Schedule for Eric Warren | | | | |
| 341 | | | Invoices/Billing Records/Fee Schedule for Derek Watkins | | | | |
| 342 | | | Video Deposition of Sean Toner 1-10-23 | | | | |
| 343 | | | Video Deposition of Sean Toner 4-20-22 | | | | |
| 344 | | | Video Deposition of Sean Toner 5-23-24 | | | | |
| 345 | | | Trial Testimony of Sean Toner in *Abrahams v. Sig* | | | | |
| 346 | | | Trial Testimony of Sean Toner in *Desrosiers v. Sig* | | | | |
| 347 | | | Video Deposition of David Johnson in *Neshin v. Sig* | | | | |
| 348 | | | Video Deposition of David Johnson in *Cole v. Sig* | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 349 | | | Video Deposition of Don Boulerice in *Cole v. Sig* | | | | |
| 350 | | | Video Deposition of Al LaRochelle | | | | |
| 351 | | | Video Deposition of Matthew Farkas in *Cole v. Sig* | | | | |
| 352 | | | Video Deposition of Matt Taylor in *Cole v. Sig* | | | | |
| 353 | | | Video Deposition of Chris Meyer in *Cole v. Sig* | | | | |
| 354 | | | Video Deposition of Chris Meyer in *Hall v. Sig* | | | | |
| 355 | | | | | | | |
| 356 | | | | | | | |
| 357 | | | | | | | |
| 358 | | | | | | | |
| 359 | | | | | | | |
| 360 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | Subject P320 model pistol | | | | |
| | 2 | | Subject holster | | | | |
| | 3 | | Subject jacket | | | | |
| | 4 | | Subject clothing | | | | |
| | 5 | | Exemplar jacket | | | | |
| | 6 | | Exemplar P320 model pistol with cutout to allow viewing of internal components | | | | |
| | 7 | | Expert Report of Jeffrey S. Barkin | | | | |
| | 8 | | Jeffrey S. Barkin CV | | | | |
| | 9 | | Expert Report of Matthew J. Donovan | | | | |
| | 10 | | Matthew J. Donovan CV | | | | |
| | 11 | | Expert Report of Robert Rauschenberger | | | | |
| | 12 | | Robert Rauschenberger CV | | | | |
| | 13 | | Expert Report of Eric Warren | | | | |
| | 14 | | Eric Warren CV | | | | |
| | 15 | | Expert Report of Kevin N. Williams | | | | |
| | 16 | | Kevin N. Williams CV | | | | |
| | 17 | | Expert Report prepared by Derek Watkins | | | | |
| | 18 | | Derek Watkins CV | | | | |
| | 19 | | Figure 1.1 in Derek Watkins' Report | | | | |
| | 20 | | Figure 2.1 in Derek Watkins' Report | | | | |
| | 21 | | Figure 4.1 in Derek Watkins' Report | | | | |
| | 22 | | Figure 4.2 in Derek Watkins' Report | | | | |
| | 23 | | Figure 4.3 in Derek Watkins' Report | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 24 |  | Figure 5.1 in Derek Watkins' Report |  |  |  |  |
|  | 25 |  | Figure 5.2 in Derek Watkins' Report |  |  |  |  |
|  | 26 |  | Figure 5.3 in Derek Watkins' Report |  |  |  |  |
|  | 27 |  | Figure 5.4 in Derek Watkins' Report |  |  |  |  |
|  | 28 |  | Figure 5.5 in Derek Watkins' Report |  |  |  |  |
|  | 29 |  | Figure 5.6 in Derek Watkins' Report |  |  |  |  |
|  | 30 |  | Figure 5.7 in Derek Watkins' Report |  |  |  |  |
|  | 31 |  | Figure 5.8 in Derek Watkins' Report |  |  |  |  |
|  | 32 |  | Figure 5.9 in Derek Watkins' Report |  |  |  |  |
|  | 33 |  | Figure 5.10 in Derek Watkins' Report |  |  |  |  |
|  | 34 |  | Figure 5.11 in Derek Watkins' Report |  |  |  |  |
|  | 35 |  | Figure 5.12 in Derek Watkins' Report |  |  |  |  |
|  | 36 |  | Figure 5.13 in Derek Watkins' Report (pg.29) |  |  |  |  |
|  | 37 |  | Figure 7.1 in Derek Watkins' Report |  |  |  |  |
|  | 38 |  | Figure 7.2 in Derek Watkins' Report |  |  |  |  |
|  | 39 |  | Figure 7.3 in Derek Watkins' Report |  |  |  |  |
|  | 40 |  | Figure 7.4 in Derek Watkins' Report |  |  |  |  |
|  | 41 |  | Figure 7.5 in Derek Watkins' Report |  |  |  |  |
|  | 42 |  | Figure 7.6 in Derek Watkins' Report |  |  |  |  |
|  | 43 |  | Figure 7.7 in Derek Watkins' Report |  |  |  |  |
|  | 44 |  | Figure 7.8 in Derek Watkins' Report |  |  |  |  |
|  | 45 |  | Figure 8.1 in Derek Watkins' Report |  |  |  |  |
|  | 46 |  | Figure 8.2 in Derek Watkins' Report |  |  |  |  |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 47 | | Figure 8.3 in Derek Watkins' Report | | | | |
| | 48 | | Figure 8.4 in Derek Watkins' Report | | | | |
| | 49 | | Figure 8.5 in Derek Watkins' Report | | | | |
| | 50 | | Figure 8.6 in Derek Watkins' Report | | | | |
| | 51 | | Figure 8.7 in Derek Watkins' Report | | | | |
| | 52 | | Figure 9.1 in Derek Watkins' Report | | | | |
| | 53 | | Figure 9.2 in Derek Watkins' Report | | | | |
| | 54 | | Figure 9.3 in Derek Watkins' Report | | | | |
| | 55 | | Figure 9.4 in Derek Watkins' Report | | | | |
| | 56 | | Figure 9.5 in Derek Watkins' Report | | | | |
| | 57 | | Figure 9.6 in Derek Watkins' Report | | | | |
| | 58 | | Figure 9.7 in Derek Watkins' Report | | | | |
| | 59 | | Figure 9.8 in Derek Watkins' Report | | | | |
| | 60 | | Figure 9.9 in Derek Watkins' Report | | | | |
| | 61 | | Figure 9.10 in Derek Watkins' Report | | | | |
| | 62 | | Figure 9.11 in Derek Watkins' Report | | | | |
| | 63 | | Figure 9.12 in Derek Watkins' Report | | | | |
| | 64 | | Figure 9.13 in Derek Watkins' Report | | | | |
| | 65 | | Figure 9.14 in Derek Watkins' Report | | | | |
| | 66 | | Figure 9.15 in Derek Watkins' Report | | | | |
| | 67 | | Figure 9.16 in Derek Watkins' Report | | | | |
| | 68 | | Figure 10.1 in Derek Watkins' Report | | | | |
| | 69 | | Figure 10.2 in Derek Watkins' Report | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 70 | | Figure 10.3 in Derek Watkins' Report | | | | |
| | 71 | | Figure 10.4 in Derek Watkins' Report | | | | |
| | 72 | | Figure 11.2.1 in Derek Watkins' Report | | | | |
| | 73 | | Figure 11.2.2 in Derek Watkins' Report | | | | |
| | 74 | | Figure 11.3.1 in Derek Watkins' Report | | | | |
| | 75 | | Figure 11.3.2 in Derek Watkins' Report | | | | |
| | 76 | | Figure 11.3.1 in Derek Watkins' Report (pg. 85) | | | | |
| | 77 | | Figure 11.3.2 in Derek Watkins' Report (pg. 86) | | | | |
| | 78 | | Figure 11.3.3 in Derek Watkins' Report | | | | |
| | 79 | | Figure 11.3.4 in Derek Watkins' Report | | | | |
| | 80 | | Figure 11.3.5 in Derek Watkins' Report | | | | |
| | 81 | | Figure 11.3.6 in Derek Watkins' Report | | | | |
| | 82 | | Figure 11.3.7 in Derek Watkins' Report | | | | |
| | 83 | | Figure 11.4.1 in Derek Watkins' Report | | | | |
| | 84 | | Figure 11.4.2 in Derek Watkins' Report | | | | |
| | 85 | | Photographs from Watkins Inspection | | | | |
| | 86 | | Video from Watkins' inspection | | | | |
| | 87 | | Photographs from Warren inspection | | | | |
| | 88 | | Images from CT scan of subject pistol | | | | |
| | 89 | | Images from 2D X-ray of subject pistol | | | | |
| | 90 | | Supplemental Incident and Firearm Analysis report prepared by Derek Watkins and Eric Warren | | | | |
| | 91 | | Figure 1 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 92 | | Figure 2 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 93 | | Figure 3 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 94 | | Figure 4 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 95 | | Figure 5 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 96 | | Figure 6 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 97 | | Figure 7 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 98 | | Figure 8 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 99 | | Figure 9 in Derek Watkin's and Eric Warren's Supplemental Report | | | | |
| | 100 | | Photographs/video taken by Randy Kent | | | | |
| | 101 | | Photographs/video taken by William Vigilante | | | | |
| | 102 | | Documents produced by Plaintiff | | | | |
| | 103 | | Documents produced as SIG-COLE 000001-000116 | | | | |
| | 104 | | Documents produced as SIG-ARMY 000001-000125 | | | | |
| | 105 | | Documents produced as SIG-COLE 000117-000118 | | | | |
| | 106 | | Documents produced as SIG-COLE 000354-000363 | | | | |
| | 107 | | All documents produced by Plaintiff in response to Discovery. | | | | |
| | 108 | | All transcripts and videos of all depositions taken in this lawsuit. | | | | |
| | 109 | | All exhibits to all depositions taken in this lawsuit. | | | | |
| | 110 | | All pleadings and all other documents filed and/or otherwise disclosed by the parties in this lawsuit. | | | | |
| | 111 | | All exhibits, transcripts, and videos of the deposition of Stephen Armiger in this matter. | | | | |
| | 112 | | All exhibits, transcripts, and videos of the deposition of Chief Wilfred Blanchette in this matter. | | | | |
| | 113 | | All exhibits, transcripts, and videos of the deposition of Robert Cook in this matter. | | | | |
| | 114 | | All exhibits, transcripts, and videos of the deposition of David Counceller in this matter. | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 115 | | All exhibits, transcripts, and videos of the deposition of Det. Wilfred Dodge in this matter. | | | | |
| | 116 | | All exhibits, transcripts, and videos of the deposition of Kris Jacob in this matter. | | | | |
| | 117 | | All exhibits, transcripts, and videos of the deposition of David Teel in Neshin v. Sig Sauer. | | | | |
| | 118 | | All exhibits, transcripts, and videos of the deposition of Darrly Jouett in Neshin v. Sig Sauer | | | | |
| | 119 | | All exhibits, transcripts, and videos of the deposition of Kendale Adams in Neshin v. Sig Sauer | | | | |
| | 120 | | All exhibits, transcripts, and videos of the deposition of Thomas Lehn in Seldes v. Sig Sauer. | | | | |
| | 121 | | All exhibits, transcripts, and videos of the deposition of David Wessling in Seldes v. Sig Sauer. | | | | |
| | 122 | | All exhibits, transcripts, and videos of the deposition of Alexis Paul in Neshin v. Sig Sauer. | | | | |
| | 123 | | All exhibits, transcripts, and videos of the deposition of Minday Cardwell in Seldes v. Sig Sauer. | | | | |
| | 124 | | All exhibits, transcripts, and videos of the deposition of Bradley Freeman in Neshin v. Sig Sauer. | | | | |
| | 125 | | All exhibits, transcripts, and videos of the deposition of Randy Kent in this matter. | | | | |
| | 126 | | All exhibits, transcripts, and videos of the deposition of Lt. Michael Knight  in this matter. | | | | |
| | 127 | | All exhibits, transcripts, and videos of the deposition of Sheriff Dale Lancaster in this matter. | | | | |
| | 128 | | All exhibits, transcripts, and videos of the deposition of Det. Jeremy Leal in this matter. | | | | |
| | 129 | | All exhibits, transcripts, and videos of the deposition of Chris Meyer in this matter. | | | | |
| | 130 | | All exhibits, transcripts, and videos of the deposition of Brittany Noyes in this matter. | | | | |
| | 131 | | All exhibits, transcripts, and videos of the deposition of Michael Pina in this matter. | | | | |
| | 132 | | All exhibits, transcripts, and videos of the deposition of Ritche Putnam in this matter. | | | | |
| | 133 | | All exhibits, transcripts, and videos of the deposition of Robert Rauschenberger in this matter. | | | | |
| | 134 | | All exhibits, transcripts, and videos of the deposition of Michael Rizzo in this matter. | | | | |
| | 135 | | All exhibits, transcripts, and videos of the deposition of Romy Tota in this matter. | | | | |
| | 136 | | All exhibits, transcripts, and videos of the deposition of William Vigilante in this matter. | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 137 | | All exhibits, transcripts, and videos of the deposition of Eric Warren in this matter. | | | | |
| | 138 | | All exhibits, transcripts, and videos of the deposition of Derek Watkins in this matter. | | | | |
| | 139 | | All exhibits, transcripts, and videos of the deposition of Kevin Williams in this matter. | | | | |
| | 140 | | All exhibits, transcripts, and videos of the deposition of Kyle Wilson in this matter. | | | | |
| | 141 | | All exhibits, transcripts, and videos of the deposition of Sheriff Robert Young in this matter. | | | | |
| | 142 | | Somerset County Policies and Procedures | | | | |
| | 143 | | Undated Reporting of Accident Discharges – Somerset County DOC ME [SIG-COLE 00000018-00000019] | | | | |
| | 144 | | Plaintiff's Complaint | | | | |
| | 145 | | Documents bates stamped and produced as SIG-PISCATAQUIS-000001-000192. | | | | |
| | 146 | | Documents bates stamped and produced as SIG-COLE-SOMERSET 000001-000137 | | | | |
| | 147 | | SCCY DVG – 1 advertisement | | | | |
| | 148 | | SCCY Model DVG Instruction Manual | | | | |
| | 149 | | FN Reflex website printout "The Future of Everyday Carry" | | | | |
| | 150 | | 2012.06.22 Arsenal Firearms Strike One Literature, "Arsenal Firearms Strike One Pistol System ("Strizh Pistol") Striker-Fired Polymer-Frame 9MM Parabellum/9X 19MM NATO Combat/Tactical Pistol with Ultra-Low Bore Axis: Meet The New 21st Century Russian Military Pistol That's Coming to America For Civilian Tactical Shooters!" | | | | |
| | 151 | | 2022.05.06 American Precision Firearms 2022 Catalog | | | | |
| | 152 | | 2015, December Office of Inspector General, County of Los Angeles, Assessing the Rise in Unintended Discharges Following the Sheriff's Department's Conversion to a New Handgun | | | | |
| | 153 | | 2023.10.23 Guns & Ammo article, "FN Reflex 9mm: Full Review" | | | | |
| | 154 | | Demonstrative exhibits including exemplar pistols and ammunition, cutaways, computer simulations, videos, and other demonstrative exhibits - Placeholder | | | | |
| | 155 | | Firearm Safeties Document from Derek Watkins file | | | | |
| | 156 | | FMEA & Pugh Matrices from Derek Watkins file | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 157 | | Holster Design from Derek Watkins file | | | | |
| | 158 | | Negligent Discharge History from Derek Watkins file | | | | |
| | 159 | | P320 History from Derek Watkins file | | | | |
| | 160 | | Philosophy of Use from Derek Watkins file | | | | |
| | 161 | | Physics of a Trigger Pull from Derek Watkins file | | | | |
| | 162 | | Qualifications from Derek Watkins file | | | | |
| | 163 | | Trigger Side & Angled Actuation from Derek Watkins file | | | | |
| | 164 | | Rough Sketch of Item Orientation from Derek Watkins file | | | | |
| | 165 | | Glock side pull testing (1 video) | | | | |
| | 166 | | Any and all Maine laws, regulations, and/or statutes pertaining to firearms | | | | |
| | 167 | | Animation of trigger bar in Glock | | | | |
| | 168 | | Animation of trigger bar in P320 | | | | |
| | 169 | | Any and all documents produced by non-parties in response to subpoenas in this lawsuit. | | | | |
| | 170 | | All medical records and diagnostic imaging studies disclosed by Plaintiff during the course of discovery in this lawsuit, | | | | |
| | 171 | | Plaintiff's Injuries, Symptoms, Diagnoses and Treatment | | | | |
| | 172 | | SIG Key Test Video | | | | |
| | 173 | | Glock Key Test Video | | | | |
| | 174 | | Any exhibits identified by plaintiffs in this lawsuit, | | | | |
| | 175 | | Documents produced by SIG in connection with other lawsuits involving the P320 model pistol where Plaintiff's counsel, Saltz Mongeluzzi & Bendesky, P.C., also represented the plaintiff if other incidents allowed over Sig's objection | | | | |
| | 176 | | All documents produced by Plaintiffs' counsel related to the other incident witnesses they intend to call or reference at trial if other incidents are allowed | | | | |
| | 177 | | All documents produced in response to subpoenas from other incidents that may be admitted at trial over Sig's objections | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 178 |  | All expert reports, photographs, videos, pictures, figures, and reliance materials from Derek Watkins in Ashley Catatao v. Sig Sauer, Inc. [Case No.: 1:22-CV-10620] - Placeholder (Rebuttal only if Catatao incident is allowed) |  |  |  |  |
|  | 179 |  | Exemplar Glock Performance Trigger |  |  |  |  |
|  | 180 |  | Exemplar Hinged Trigger |  |  |  |  |
|  | 181 |  | Exemplar Articulated Trigger |  |  |  |  |
|  | 182 |  | Exemplar Wide Bladed Trigger |  |  |  |  |
|  | 183 |  | Exemplar P320 model pistol with cutout to allow viewing of internal components |  |  |  |  |
|  | 184 |  | Exemplar Blackhawk CQC Holster for P320 |  |  |  |  |
|  | 185 |  | Exemplar Safariland Level III holster for P320 |  |  |  |  |
|  | 186 |  | Watkins' Modified Holster for Glock |  |  |  |  |
|  | 187 |  | Exemplar Blackhawk CQC Holster for P320 |  |  |  |  |
|  | 188 |  | Exemplar Kahr Arms CT 45, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Kahr Arms CT 45 operation) |  |  |  |  |
|  | 189 |  | Exemplar Glock G17, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Glock 17 operation) |  |  |  |  |
|  | 190 |  | Exemplar Sig Sauer 226, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Sig Sauer 226 operation) |  |  |  |  |
|  | 191 |  | Exemplar Sig Sauer M17, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Sig Sauer M17 operation) |  |  |  |  |
|  | 192 |  | Exemplar Beretta 92A1, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Beretta 92A1 operation) |  |  |  |  |
|  | 193 |  | Exemplar Smith & Wesson M&P9 v2, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Smith & Wesson M&P9 v2 operation) |  |  |  |  |
|  | 194 |  | Exemplar Smith & Wesson M60 (revolver), with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Smith & Wesson M60 operation) |  |  |  |  |
|  | 195 |  | Exemplar Remington 1911 R1, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Remington 1911 R1 operation) |  |  |  |  |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 196 | | Exemplar Walther PPQ, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Walther PPQ operation) | | | | |
| | 197 | | Exemplar Walther P99, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Walther P99 operation) | | | | |
| | 198 | | Canik TP9 v2, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Canik TP9 v2 operation) | | | | |
| | 199 | | Exemplar HK P30L, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the HK P30L operation) | | | | |
| | 200 | | Exemplar Pietta Colt 1851 (revolver), with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Pietta Colt 1851 operation) | | | | |
| | 201 | | Exemplar FN Reflex, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the FN Reflex operation) | | | | |
| | 202 | | Exemplar Arsenal Strike One, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Arsenal Strike One operation) | | | | |
| | 203 | | Exemplar Savage Stance, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the Savage Stance operation) | | | | |
| | 204 | | Exemplar SCCY DVG-1, with user/operator manuals and marketing materials (if pistol not allowed in court, SIG will use a demonstrative video of the SCCY DVG-1 operation) | | | | |
| | 205 | | Animation of P320 cycle | | | | |
| | 206 | | Demonstrative Video of Sig Factory | | | | |
| | 207 | | PowerPoint Presentation regarding P320 Cycle (Upgraded Pistol) | | | | |
| | 208 | | Dayton Brown Rough Handling Test Report | | | | |
| | 209 | | Dayton Brown testing videos | | | | |
| | 210 | | 21-P320-083 Vibration Test Request | | | | |
| | 211 | | 21-P320-083 Vibration Test Matrix | | | | |
| | 212 | | P320 Angled Trigger Pull Data | | | | |
| | 213 | | P320 Angled Trigger Pull Video | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 214 | | National Institute of Justice Law Enforcement and Corrections Standards for Police Officers (Standard 0112.03) | | | | |
| | 215 | | U.S. Army Developmental Test Command Test Operations Procedure (Standard 3-2-045) | | | | |
| | 216 | | Sporting Arms and Ammunition Manufacturers' Institute sponsored Voluntary industry Performance Standard (Standard Z299.5 – 2016) | | | | |
| | 217 | | NATO's AC/225 Evaluation Procedures for Future NATO Small Arms Weapons Systems | | | | |
| | 218 | | US Patent No. 290737 | | | | |
| | 219 | | US Patent No. 339301 | | | | |
| | 220 | | US Patent No. 4539889 | | | | |
| | 221 | | US Patent No. 4825744 | | | | |
| | 222 | | US Patent No. 4893546 | | | | |
| | 223 | | US Patent No. 5402593 | | | | |
| | 224 | | US Patent No. 6553706 | | | | |
| | 225 | | US Patent No. 6843013 | | | | |
| | 226 | | US Patent No. 7690144 | | | | |
| | 227 | | US Patent No. 11920882 | | | | |
| | 228 | | US Patent No. 20230026795A1 | | | | |
| | 229 | | Sean Toner Patent --US9303936 | | | | |
| | 230 | | Video – Accidental discharge of a Glock pistol by David Counceller (Indianapolis) | | | | |
| | 231 | | Video – Accidental discharge of a Glock pistol by Kris Jacob | | | | |
| | 232 | | Photographs of Kris Jacob's Glock pistol from inspection (11 photos) | | | | |
| | 233 | | Notes from Kris Jacob's Glock Pistol Inspection | | | | |
| | 234 | | Armed & Unready – The Washington Post | | | | |
| | 235 | | LA Sheriff's Dept Report | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 236 | | Trigger trace of Glock Gen4 Trigger | | | | |
| | 237 | | Trigger trace of Glock Gen5 Trigger | | | | |
| | 238 | | Trigger trace of Glock Performance Trigger | | | | |
| | 239 | | Glock Armorer's Manual, January 1992 | | | | |
| | 240 | | June 6, 2014 NTS letter to Gregg Gosselin re NIJ Testing with Test Results | | | | |
| | 241 | | Blackhawk Holster Instructions-Warnings Manual | | | | |
| | 242 | | Safariland Holster Instructions-Warnings Manual | | | | |
| | 243 | | 2005.10.21 Safariland Duty Gear Service Bulletin "Advisory for Handguns with Lights and or Lasers Attached" | | | | |
| | 244 | | 2023.09.07 Safety Bulletin - Light Bearing Holsters for Pistols (Blackhawk and Safariland) | | | | |
| | 245 | | Dodge Charger Bulletin re seatbelts | | | | |
| | 246 | | S&W Manual | | | | |
| | 247 | | Springfield XD Manual | | | | |
| | 248 | | Video of Glock pistol discharging when dropped | | | | |
| | 249 | | Overview of striker fired pistol market product | | | | |
| | 250 | | Documents regarding non-P320 incidents, bates-stamped, SIG_NON- P320_OAI 000001-002602 | | | | |
| | 251 | | SIG-OAI 002518 - Roscommon seatbelt recreation video | | | | |
| | 252 | | Declaration of Michael A. Knox, Ph.D. | | | | |
| | 253 | | Declaration of Josh Burmester | | | | |
| | 254 | | Article-Gary Klein-IN THE HANDS OF THE MAKER THE FAILURE OF CONSUMER PRODUCT SAFETY OVERSIGHT-ssrn-3833895 | | | | |
| | 255 | | Police reports from other incidents to rebut other incident evidence from Plaintiffs if allowed. | | | | |
| | 256 | | Sig reports from other incidents to rebut other incident evidence from Plaintiffs if allowed. | | | | |
| | 257 | | Montville Bodycam Footage Analysis to rebut other incident evidence from Plaintiffs if allowed. | | | | |

| Pl. Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 258 |  | Other rebuttal evidence to be identified once other incidents to be used at trial are identified |  |  |  |  |
|  | 259 |  |  |  |  |  |  |
|  | 260 |  |  |  |  |  |  |
|  | 261 |  |  |  |  |  |  |
|  | 262 |  |  |  |  |  |  |
|  | 263 |  |  |  |  |  |  |
|  | 264 |  |  |  |  |  |  |
|  | 265 |  |  |  |  |  |  |
|  | 266 |  |  |  |  |  |  |
|  | 267 |  |  |  |  |  |  |
|  | 268 |  |  |  |  |  |  |
|  | 269 |  |  |  |  |  |  |
|  | 270 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |