UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED AND FILED

AUG 07 2026

JENNIFER P. LYONS, CLERK

DEPUTY CLERK

| | | |
|---|---|---|
| DAVID COLE, et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | 1:23-cv-00327-JCN |
| | ) | |
| SIG SAUER, INC., | ) | |
| | ) | |
| Defendant | ) | |

**VERDICT FORM**

**Strict Product Liability**

1. Have Plaintiffs proved by a preponderance of the evidence that when Defendant sold Plaintiff David Cole's P320 pistol, the pistol was in a defective condition unreasonably dangerous due to the pistol's design or Defendant's failure to provide adequate warnings about the risks related to the use of the pistol?

YES: ______ NO: __X__

*If you answered "Yes" to Question 1, answer Question 2.*

*If you answered "No" to Question 1, answer Question 3.*

2. Have Plaintiffs proved by a preponderance of the evidence that the defective condition of the P320 pistol was a legal cause of Plaintiff David Cole's injuries?

YES: ______ NO: ______

*Answer Question 3.*

220) doc

## **Negligence**

3. Have Plaintiffs proved by a preponderance of the evidence that Defendant was negligent in the design of Plaintiff David Cole's P320 pistol or that Defendant negligently failed to provide adequate warnings about the risks related to the use of the pistol?

YES: ______ NO: X

*If you answered "Yes" to Question 3, answer Question 4.*

*If you answered "No" to Question 3, answer Question 5.*

4. Have Plaintiffs proved by a preponderance of the evidence that Defendant's negligence was a legal cause of Plaintiff David Cole's injuries?

YES: ______ NO: ______

*Answer Question 5.*

**Breach of Warranty of Merchantability**

5. Have Plaintiffs proved by a preponderance of the evidence that when Plaintiff David Cole's P320 pistol was sold, the pistol had a defect that rendered it not fit for the ordinary purposes for which similar products are used?

YES: ______ NO: X

*If you answered "Yes" to Question 5, answer Question 6.*

*If you answered "No" to Question 5, see the instructions that follow Question 6.*

6. Have Plaintiffs proved by a preponderance of the evidence that the defect that rendered the P320 pistol unfit for the ordinary purposes for which similar products are used was a legal cause of Plaintiff David Cole's injuries?

YES: ______ NO: ______

- *If you answered "No" to Questions 1, 3, and 5, answer no more questions.*
- *If you answered "No" to Questions 2, 4, and 6, answer no more questions.*
- *If you answered "Yes" to Questions 1 and 2, or "Yes" to Questions 3 and 4, or "Yes" to Questions 5 and 6, answer Question 7.*

Signature Redacted – Original on file with the Clerk's Office

**Damages**

7. What amount of damages do you award Plaintiff David Cole for the injuries caused by Defendant?

$______________________

*Answer Question 8.*

8. What amount of damages do you award Plaintiff Kimberly Cole for the loss of consortium?

$______________________

*Answer Question 9.*

9. Have Plaintiffs proved by clear convincing evidence that they are entitled to recover punitive damages?

YES: ______ NO: ______

*If you answered "Yes" to Question 9, answer Question 10.*

*If you answered to "No" to Question 9, answer no more questions.*

10. What amount of punitive damages do you award?

$______________________

Dated:

______________________________
JURY FOREPERSON