UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID AND KIMBERLY COLE,<br><br>   Plaintiffs<br><br>v.<br><br>SIG SAUER, INC,<br><br>   Defendant | )<br>)<br>)<br>)<br>)     1:23-cv-00327-JCN<br>)<br>)<br>)<br>) |

## JUDGMENT

This action came on for trial before the Court and a jury, the Honorable John C. Nivison, United States Magistrate Judge, presiding.  The issues having been duly tried and the jury having rendered its verdict on August 7, 2026;

JUDGMENT is hereby entered for Defendant Sig Sauer, Inc. and against Plaintiffs David and Kimberly Cole.

JUDGMENT of dismissal is hereby entered as to defendant, Sig Sauer, Inc.

Jennifer P. Lyons, Clerk


By:    /s/Cheryl J. Derrah
        Deputy Clerk


Dated: August 10, 2026